AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Katie Phang | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-01417 |
| Todd Blanche | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Katie Phang                                                                                          .

Date:      04/27/2026                                        /s/ Samuel T. Ward-Packard
                                                                                  *Attorney's signature*

                                                                   Samuel T. Ward-Packard (D.C. Bar. No. 90005484)
                                                                                  *Printed name and bar number*
                                                                       Public Integrity Project
                                                                        1763 Columbia Rd. NW
                                                                          Suite 175 #357995
                                                                        Washington, DC 20009
                                                                                  *Address*

                                                                   sam@publicintegrityproject.org
                                                                                  *E-mail address*

                                                                         (262) 949-0973
                                                                                  *Telephone number*

                                                                                  *FAX number*