**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATIE PHANG,<br><br>        Plaintiff,<br><br>    v.<br><br>TODD BLANCHE,<br>in his official capacity as Acting Attorney<br>General of the United States,<br><br>        Defendant. | Case No. 1:26-cv-1417 |

**PROOF OF SERVICE AFFIDAVIT**

I, Brendan Ballou, declare as follows:

1.    I served a copy of the complaint and summonses on all Defendants as follows.

2.    On April 29, 2026, I mailed a copy of the complaint and summons by certified mail to the following addresses:

    a.  Acting Attorney General Todd Blanche, 950 Constitution Avenue NW, Washington DC, 20530.

    b.  U.S. Attorney Jeanine Pirro, 601 D Street NW, Washington DC 20579.

3.    The United States Postal Service website shows that the materials were delivered on May 4, 2026.

4.    On April 27, 2026, I also emailed copies of the summons and complaint to the District of Columbia United States Attorneys' Office at USADC.ServiceCivil@usdoj.gov. The Office confirmed that our submission was received that day. A copy of that correspondence is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

                                    Respectfully submitted,

1

/s/ Brendan Ballou
Brendan Ballou
D.C. Bar No. 241592
brendan@publicintegrityproject.org
(917) 684-3900


*Attorney for Plaintiff Katie Phang*

2

# EXHIBIT A

# RE: [EXTERNAL] Phang v. Blanche, 1:26-cv-01417

From    USADC.ServiceCivil@usdoj.gov <USADC.ServiceCivil@usdoj.gov>

To      brendan@publicintegrityproject.org, USADC.ServiceCivil@usdoj.gov

Date    Monday, May 4th, 2026 at 12:29 PM

Your submission has been received by email on April 27, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Brendan Ballou <brendan@publicintegrityproject.org>
**Sent:** Monday, April 27, 2026 7:24 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Phang v. Blanche, 1:26-cv-01417

Hello,

Please find attached the complaint and summonses in the above-captioned matter. Thank you.

Brendan Ballou

Public Integrity Project

brendan@publicintegrityproject.org

(917) 684-3900