**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATIE PHANG,<br><br>       Plaintiff,<br><br>   v.<br><br>TODD BLANCHE,<br>in his official capacity as Acting Attorney<br>General of the United States,<br><br>       Defendant. | Civil Action No. 26-1417 (EGS) |

**PLAINTIFF'S APPLICATION FOR A PRELIMINARY INJUNCTION**

Plaintiff Katie Phang moves the Court for a preliminary injunction requiring Defendant Todd Blanche, the Acting Attorney General of the United States, to cure several instances of noncompliance with the Epstein Files Transparency Act, Pub. L. No. 119–38. Specifically, Phang requests a preliminary injunction ordering Blanche to:

(i)     show cause why the redactions of sender and recipient names in the emails bearing

Bates numbers EFTA00749245, EFTA01187999, EFTA01930501, ETFA01928255, EFTA00628112, EFTA02648868, EFTA02504630, and EFTA01022356 should not be removed;[1]

---

[1] In this motion and the accompanying brief and declarations, Epstein Files documents produced to date are identified using the EFTA Bates number in the lower right corner of the first page of the document.

1

(ii)    show cause why the redactions of potential co-conspirator names in the DOJ documents bearing Bates numbers EFTA01703108 and EFTA00038227 should not be removed;

(iii)   show cause why the underlying FBI interview notes that formed the basis for the FD-302 interview reports bearing Bates numbers EFTA01245620, EFTA02858481, EFTA02858491, and EFTA02858495 should not be produced (with appropriate redactions to protect victims' information);

(iv)    immediately initiate review and production of foreign-language materials that may be subject to production under the Epstein Files Transparency Act; and

(v)     immediately publish in the Federal Register the redaction log required under Epstein Files Transparency Act § 2(C)(2), and update it concurrently with each future release of redacted materials.

The grounds for this application are set forth in more detail in the accompanying Memorandum of Points and Authorities. Pursuant to LCvR 65.1(d), Phang requests that any hearing occur within 21 days of service of this application

Dated: May 28, 2026                          Respectfully submitted,

                                             /s/ Samuel T. Ward-Packard

                                             **PUBLIC INTEGRITY PROJECT**
                                             Brendan Ballou
                                             D.C. Bar No. 241592
                                             Samuel T. Ward-Packard
                                             D.C. Bar No. 90005484
                                             brendan@publicintegrityproject.org
                                             sam@publicintegrityproject.org
                                             (917) 684-3900 (BB)
                                             (262) 949-0973 (SWP)

                                             *Attorneys for Plaintiff Katie Phang*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on the Defendant in accordance with Federal Rule of Civil Procedure 5.

/s/ Samuel T. Ward-Packard
Samuel T. Ward-Packard