**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATIE PHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD BLANCHE,<br>in his official capacity as Acting Attorney<br>General of the United States,<br><br>    Defendant. | Civil Action No. 26-1417 (EGS) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR A
PRELIMINARY INJUNCTION**

Having consider the parties' submissions, the Court **GRANTS** Plaintiff Katie Phang's application for a preliminary injunction. Not later than five days from the date this order issues, Defendant shall:

(i)     either produce to the public the emails bearing Bates numbers EFTA00749245, EFTA01187999, EFTA01930501, ETFA01928255, EFTA00628112, EFTA02648868, EFTA02504630, and EFTA01022356 with sender and recipient names unredacted, or show cause why the redactions should not be removed;

(ii)    either produce to the public the DOJ documents bearing Bates numbers EFTA01703108 and EFTA00038227 with potential co-conspirator names unredacted, or show cause why the redactions should not be removed;

(iii)   either produce to the public the underlying FBI interview notes that formed the basis for the FD-302 interview reports bearing Bates numbers EFTA01245620, EFTA02858481, EFTA02858491, and EFTA02858495, with appropriate

1

redactions to protect victims' information, or else show cause why those notes should not be produced;

(iv)     initiate review and production of foreign-language materials that may be subject to production under the Epstein Files Transparency Act, and provide notice to the Court and all parties that such review is underway; and

(v)      publish in the Federal Register the redaction log required under Epstein Files Transparency Act § 2(C)(2), and update it concurrently with each future release of redacted materials.

**SO ORDERED.**