UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATIE PHANG,

        *Plaintiff,*

  v.

TODD BLANCHE,
in his official capacity as Acting Attorney
General of the United States,

        *Defendant.*

Civil Action No. 26-1417 (EGS)

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Saifuddin K. Kalolwala on behalf of Defendant in the above-captioned case.

Dated: May 29, 2026

        Respectfully submitted,


        By: */s/ Saifuddin K. Kalolwala*
           SAIFUDDIN K. KALOLWALA
           Assistant United States Attorney
           601 D Street, N.W.
           Washington, D.C. 20530
           Telephone: (202) 252-2550
           Saifuddin.Kalolwala@usdoj.gov

        *Attorney for the United States of America*