UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATIE PHANG,

        *Plaintiff,*

   v.

TODD BLANCHE,
in his official capacity as Acting Attorney
General of the United States,

        *Defendant.*

Civil Action No. 26-1417 (EGS)

## CONSENT MOTION TO RESCHEDULE HEARING

Defendant, Todd Blanche, in his official capacity as Acting Attorney General of the United States, through undersigned counsel, respectfully moves this Court to reschedule the hearing on Plaintiff's Motion for Preliminary Injunction, currently set for June 16, 2026.  Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel who has graciously consented to the requested relief.  There is good cause for the Court to grant the requested relief here.  In support, Defendant states as follows:

1.  The Court has scheduled a hearing on the Plaintiff's Motion for Preliminary Injunction for June 16, 2026, at 11:00 a.m.

2.  Undersigned counsel will be on leave for religious observations from June 15 through June 24, 2026, and will be unavailable during that period.  Proceeding effectively deprives Defendant of meaningful representation at a critical juncture in this litigation.

3.  Defendant respectfully requests that the Court reschedule the hearing on June 11 or June 12, 2026, prior to the commencement of assigned counsel's religious observance period.  If neither of those dates is available to the Court, the parties are willing to work with the Court to schedule the hearing on a mutually agreeable date after June 24, 2026.

4. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel who graciously consented to the requested relief.

5. The extension is requested in good faith and not for the purpose of delay. *See generally* Fed. R. Civ. P. 6(b)(1) ("A schedule may be modified only for good cause and with the judge's consent.").

For the reasons stated, Defendant respectfully requests that the Court reschedule the hearing on Plaintiff's Motion for a Preliminary injunction from June 16, 2026, to either June 11 or June 12, 2026, or, if necessary, a mutually agreeable date after June 24, 2026.

Dated: May 29, 2026

Respectfully submitted,

By: */s/ Saifuddin K. Kalolwala*
    SAIFUDDIN K. KALOLWALA
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    Telephone: (202) 252-2550
    Saifuddin.Kalolwala@usdoj.gov

*Attorney for the United States of America*