**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATIE PHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TODD BLANCHE,<br>*in his official capacity as Acting Attorney*<br>*General of the United States*,<br><br>　　　　Defendant. | Civil Action No. 26-1417 (EGS) |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL MATERIAL**
**IN SUPPORT OF APPLICATION FOR A PRELIMINARY INJUNCTION**

In support of her application for a preliminary injunction, Plaintiff Katie Phang respectfully submits the attached supplemental material. In opposition to Phang's application, Blanche argues that Phang cannot bring a claim under the Administrative Procedure Act because the Freedom of Information Act (FOIA) provides her with an adequate remedy. Blanche Br. 10–13. However, in response to FOIA requests for Jeffrey Epstein and/or Ghislaine Maxwell files, the Department of Justice (DOJ) has repeatedly stated that it "has disclosed all non-exempt materials responsive to the Epstein Files Transparency Act (EFTA)" and "that the EFTA directed a much broader and less redacted release of the files than would have been made under the FOIA." Gilman Decl., Ex. H at 1, 2 & Ex. I at 1, 2. DOJ's responses further supports Phang's argument that she does not have an adequate remedy under FOIA. *See* Reply 10–14.

[**Signature on following page**]

1

2

Dated: June 24, 2026

Respectfully submitted,

/s/ Brendan Ballou

**PUBLIC INTEGRITY PROJECT**
Brendan Ballou
D.C. Bar No. 241592
Samuel T. Ward-Packard
D.C. Bar No. 90005484
Emily D. Gilman
D.C. Bar No. 1740641
ballou@publicintegrityproject.org
sam@publicintegrityproject.org
emily@ publicintegrityproject.org
(917) 684-3900 (BB)
(262) 949-0973 (SWP)
(708-476-9569 (EDG)

*Attorneys for Plaintiff Katie Phang*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on the Defendant in accordance with Federal Rule of Civil Procedure 5.

/s/ Brendan Ballou
Brendan Ballou