**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATIE PHANG,<br><br>           Plaintiff,<br><br>      v.<br><br>TODD BLANCHE,<br>in his official capacity as Acting Attorney<br>General of the United States,<br><br>           Defendant. | Civil Action No. 26-1417 (EGS) |

**DECLARATION OF BRENDAN BALLOU IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR A PRELIMINARY INJUNCTION**

I, Brendan Ballou, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.      I am one of the attorneys representing Plaintiff Katie Phang in the above-captioned action.

3.      Attached as Exhibit H is a true and correct copy of the United States Department of Justice's April 23, 2026 response to Joseph Elfelt's FOIA request for Jeffrey Epstein and/or Ghislaine Maxwell files.

4.      Attached as Exhibit I is a true and correct copy of the United States Department of Justice's May 8, 2026 response to Joseph Elfelt's FOIA request for Jeffrey Epstein and/or Ghislaine Maxwell files.

5.      I declare under penalty of perjury that the foregoing is true and correct.

1

Executed this 24th day of June, 2026.

/s/ Brendan Ballou
Brendan Ballou

**INDEX OF EXHIBITS**

| Exhibit | Document |
|---------|----------|
| H | DOJ's April 23, 2026 response to Joseph Elfelt's FOIA request for Jeffrey Epstein and/or Ghislaine Maxwell files |
| I | DOJ's May 8, 2026 response to Joseph Elfelt's FOIA request for Jeffrey Epstein and/or Ghislaine Maxwell files |

# Exhibit H



**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*
*441 G Street, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

April 23, 2026

Joseph Elfelt                                    Re:    FOIA-2026-02823
josephelfelt@gmail.com                                  FBI No. 1722391

Dear Joseph Elfelt:

This responds to your Freedom of Information Act (FOIA) request for the Jeffrey Epstein and/or Ghislaine Maxwell files.

President Trump signed the Epstein Files Transparency Act into law on November 19, 2025, directing the Department of Justice to produce, with few exceptions, all documents, files, records, videos and images related to the investigations and prosecutions of Jeffrey Epstein and Ghislaine Maxwell.

Please be advised that the Department of Justice has disclosed all non-exempt materials responsive to the Epstein Files Transparency Act (EFTA).  These files are available online in the Department's Epstein Library at: https://www.justice.gov/epstein/doj-disclosures. Consistent with the Act, the Department, in consultation with victim counsel and victims directly, engaged in an extensive process to identify and redact "segregable portions of records that (A) contain personally identifiable information of victim or victims' personal and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; (B) depict or contain child sexual abuse materials (CSAM) as defined under 18 U.S.C. § 2256 and prohibited under 18 U.S.C. §§ 2252-2252A; (C) would jeopardize an active federal investigation or ongoing prosecution, provided that such withholding is narrowly tailored and temporary; and (D) depict or contain images of death, physical abuse, or injury of any person."  Additionally, the Department redacted a limited amount of information covered by various civil discovery privileges.

These withholdings in the EFTA-processed materials are also proper pursuant to the FOIA; specifically pursuant to the following exemptions:

> 5 U.S.C. § 552(b)(3), which concerns matters specifically exempted from release by statute (in this instance, 18 U.S.C. §§ 2252-2252A, which pertains to child sexual abuse materials (CSAM));

-2-

5 U.S.C. § 552(b)(5), which concerns certain inter- and intra-agency communications protected by certain civil discovery privileges;

5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties;

5 U.S.C. § 552(b)(7)(A), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceedings; and

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

Additionally, please be advised that a portion of the responsive records are protected from disclosure by a court seal issued by the United States District Court for the Southern District of New York. For this reason, this Office lacks authority to consider the releasability of this information under the FOIA.

Please note that the EFTA directed a much broader and less redacted release of the files than would have been made under the FOIA. Certain exemptions which may have been made under the FOIA were not made in the EFTA release.

You may contact our Acting FOIA Public Liaison, Eric Hotchkiss, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001; telephone at 202-514-3642.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, MD 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request. If you submit your appeal by mail, both the letter and the

-3-

envelope should be clearly marked "Freedom of Information Act Appeal."  If possible, please provide a copy of your original request and this response letter with your appeal.

Sincerely,

for
Andrew D. Fiorillo
Chief, Initial Request Staff

# Exhibit I



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

May 8, 2026

Re:    FOIA-2026-03055    FBI No. 1734142
       FOIA-2026-03058    FBI No. 1734780
       FOIA-2026-03075    FBI No. 1722374,
                                 1722391,
                                 1729329

Joseph Elfelt
josephelfelt@gmail.com

Dear Joseph Elfelt:

      This responds to your Freedom of Information Act (FOIA) request for the Jeffrey Epstein and/or Ghislaine Maxwell files.

      President Trump signed the Epstein Files Transparency Act into law on November 19, 2025, directing the Department of Justice to produce, with few exceptions, all documents, files, records, videos and images related to the investigations and prosecutions of Jeffrey Epstein and Ghislaine Maxwell.

      Please be advised that the Department of Justice has disclosed all non-exempt materials responsive to the Epstein Files Transparency Act (EFTA).  These files are available online in the Department's Epstein Library at: https://www.justice.gov/epstein/doj-disclosures. Consistent with the Act, the Department, in consultation with victim counsel and victims directly, engaged in an extensive process to identify and redact "segregable portions of records that (A) contain personally identifiable information of victim or victims' personal and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; (B) depict or contain child sexual abuse materials (CSAM) as defined under 18 U.S.C. § 2256 and prohibited under 18 U.S.C. §§ 2252-2252A; (C) would jeopardize an active federal investigation or ongoing prosecution, provided that such withholding is narrowly tailored and temporary; and (D) depict or contain images of death, physical abuse, or injury of any person."  Additionally, the Department redacted a limited amount of information covered by various civil discovery privileges.

      These withholdings in the EFTA-processed materials are also proper pursuant to the FOIA; specifically pursuant to the following exemptions:

-2-

5 U.S.C. § 552(b)(3), which concerns matters specifically exempted from release by statute (in this instance, 18 U.S.C. §§ 2252-2252A, which pertains to child sexual abuse materials (CSAM));

5 U.S.C. § 552(b)(5), which concerns certain inter- and intra-agency communications protected by certain civil discovery privileges;

5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties;

5 U.S.C. § 552(b)(7)(A), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceedings; and

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

Additionally, please be advised that a portion of the responsive records are protected from disclosure by a court seal issued by the United States District Court for the Southern District of New York.  For this reason, this Office lacks authority to consider the releasability of this information under the FOIA.

Please note that the EFTA directed a much broader and less redacted release of the files than would have been made under the FOIA.  Certain exemptions which may have been made under the FOIA were not made in the EFTA release.

You may contact our Acting FOIA Public Liaison, Eric Hotchkiss, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001; telephone at 202-514-3642.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, MD 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-

-3-

appeal.  Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the

envelope should be clearly marked "Freedom of Information Act Appeal."  If possible, please provide a copy of your original request and this response letter with your appeal.

Sincerely,

for
Andrew D. Fiorillo
Chief, Initial Request Staff