**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATIE PHANG, <br><br> *Plaintiff,* <br><br> v. <br><br> TODD BLANCHE, in his official capacity as <br> Acting Attorney General of the United States, <br><br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 26-1417 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Notice is hereby given that Stanley E. Woodward, Jr., Associate Attorney General, enters his appearance as counsel for Defendant in the above-captioned case.

Dated: June 26, 2026

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (DC Bar No. 997320)
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: 202.514.9500
stanley.woodward@usdoj.gov

*Counsel for Defendant*