**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATIE PHANG,<br><br>      Plaintiff,<br><br>  v.<br><br>TODD BLANCHE,<br>in his official capacity as Acting Attorney<br>General of the United States,<br><br>      Defendant. | Civil Action No. 26-1417 (EGS) |

**APPEARANCE OF COUNSEL**

**To:**    **The clerk of court and all parties of record**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Plaintiff Katie Phang.

Dated: June 26, 2026

Respectfully submitted,

/s/ Emily D. Gilman

**PUBLIC INTEGRITY PROJECT**
Emily D. Gilman
D.C. Bar No. 1740641
1763 Columbia Road NW, Suite 175
Washington DC, 20009
emily@publicintegrityproject.org
(708) 476-9569

*Attorney for Plaintiff Katie Phang*

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be served on the Defendant in accordance with

Federal Rule of Civil Procedure 5.

/s/ Emily D. Gilman
Emily D. Gilman