**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATIE PHANG,<br><br>      Plaintiff,<br><br>  v.<br><br>TODD BLANCHE,<br>in his official capacity as Acting Attorney<br>General of the United States,<br><br>      Defendant. | Civil Action No. 26-1417 (EGS) |

**[PROPOSED] ORDER GRANTING MOTION TO ENFORCE**

In consideration of Plaintiff's Motion to Enforce and Defendant's Response, It is hereby:

ORDERED that Plaintiff's Motion to Enforce is GRANTED;

ORDERED that Defendant will be fined $1,000 per day until:

    (1) He reviews and produces to the public all foreign-language documents required to be produced pursuant to the Epstein Files Transparency Act (the "Epstein Act"), with appropriate redactions to protect victims' information; and

    (2) He produces and publishes in the Federal Register a complete redaction log of all individual redactions in documents produced pursuant to the Epstein Act;

ORDERED that Defendant produce those documents that Defendant concedes contain no victim information (EFTA00749245, EFTA00628112);

ORDERED that Defendant submit for *in camera* review those documents that Defendant claims do contain victim information (EFTA01187999, EFTA01930501, ETFA01928255,

1

EFTA02648868, EFTA02504630, and EFTA01022356 and EFTA00038227), including

EFTA00194840, which Defendant claims is a near-duplicate of EFTA01703108;

ORDERED that Defendant produce the underlying FBI interview notes that formed the

basis for the FD-302 interview reports bearing Bates numbers EFTA01245620, EFTA02858481,

EFTA02858491, and EFTA02858495, with appropriate redactions to protect victims'

information; and

ORDERED that, within 14 days of this Order, Defendant produce the administrative

record upon which Defendant relied in complying with the Epstein Files Transparency Act.


SO ORDERED.

_____
Emmet G. Sullivan
United States District Judge
July __, 2026

2