**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATIE PHANG,<br><br>          Plaintiff,<br><br>          v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,<br><br>          Defendant. | Civil Action No. 26-1417 (EGS) |

**ORDER**

Upon review of [19] Defendant's Response to the Court's Order of June 25, 2026, and pursuant to the Court's inherent authority to review materials *in camera*, *see Jibril v. Mayorkas*, 101 F.4th 857, 866 (D.C. Cir. 2024) (quoting *Olivares v. TSA*, 819 F.3d 454, 462 (D.C. Cir. 2016)) ("In cases in which sensitive materials may be in issue, the court has inherent authority to review such material *ex parte*, *in camera* as part of its judicial review function." (citation modified)); it is hereby

**ORDERED** that Defendant shall submit to the Court on July 30, 2026 by no later than 3:00 pm the following documents:

I.   Unredacted copies of the emails bearing Bates numbers (1) EFTA00749245, (2) EFTA01187999, (3) EFTA01930501, (4) ETFA01928255, (5) EFTA00628112, (6) EFTA02648868,

1

(7) EFTA02504630, and (8) EFTA01022356; and documentation supporting Defendant's representation that the names that have been redacted in the published version of the documents are the names of victims;

II.  Unredacted copy of the document bearing Bates number EFTA00038227; and documentation supporting the Defendant's representation that the names in the "to" and "from" lines that have been redacted in the published version of the documents are the names of law enforcement personnel; and

III. Unredacted copy of the document bearing Bates number EFTA00194840 and documentation supporting the Defendant's representation that the names that have been redacted in the published version of the documents are the names of victims.

It is further

**ORDERED** that Ms. Phang's request to be present for the Court's *in camera* review is **DENIED.**

       **SO ORDERED.**

**Signed:**   **Emmet G. Sullivan**
         **United States District Judge**
         **July 25, 2026**