**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KATIE PHANG,

      Plaintiff,

v.

      Civil Action No. 26-1417 (EGS)

TODD BLANCHE, in his official capacity as
Acting Attorney General of the United States,

      Defendant.

## NOTICE OF APPEARANCE — PRO BONO
## AND CERTIFICATION PURSUANT TO LCvR 83.2(g)

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Brittany N. Henderson hereby enters her appearance as counsel for Jane Doe in the above-captioned matter, pursuant to Local Civil Rule 83.2(g).

## CERTIFICATION

Pursuant to LCvR 83.2(g), the undersigned certifies as follows:

1.      I am an attorney at Edwards Henderson, 425 North Andrews Avenue, Suite 2, Fort Lauderdale, Florida, email Brittany@cvlf.com.

2.      I am an active member in good standing of the Bar of the District of Columbia, Bar No. 1044812, admitted on January 9, 2017. I am a member in good standing of the bar of every court to which I have been admitted, and I am not the subject of any pending disciplinary proceeding in any jurisdiction.

3.      I am not presently a member of the Bar of this Court. I appear in this matter solely pursuant to LCvR 83.2(g).

4.      I am providing representation to Jane Doe in this matter without compensation. There is no fee agreement between myself or my firm and Jane Doe, contingent or otherwise; I have not received and will not seek or accept any fee, compensation, or thing of value for this representation from Jane Doe or from any other person or source.

5.      I am personally familiar with the Local Rules of this Court and, as appropriate, with the other materials set forth in LCvR 83.8(b) and LCvR 83.9(a), including the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on July 30, 2026.

Respectfully submitted,

*/s/ Brittany N. Henderson*
Brittany N. Henderson
D.C. Bar No. 1044812
EDWARDS HENDERSON
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Counsel for Non-Party Movant Jane Doe

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I caused the foregoing Notice of Appearance — Pro Bono and Certification Pursuant to LCvR 83.2(g) to be filed with the Clerk of the Court, which will send notification of such filing to all counsel of record.

*/s/ Brittany N. Henderson*
Brittany N. Henderson