**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KATIE PHANG,

        Plaintiff,

    v.

TODD BLANCHE, in his official capacity as
Acting Attorney General of the United States,

        Defendant.

Civil Action No. 26-1417 (EGS)

**DEFENDANT'S NOTICE OF COMPLIANCE WITH COURT ORDER (DKT. 23)**

Defendant Todd Blanche, in his official capacity as Acting Attorney General of the United States (the "Government" or "Department"), through counsel, respectfully submits this Notice of Compliance with the Order of this Court dated July 25, 2026, requiring Defendants submit certain documentation to the Court for in camera review.

Defendants submitted hard copy documents to the Court's Chambers via hand delivery at 2:28 PM on July 30, 2026. The submitted documents show that the justifications cited in Defendant's briefing on this issue support each redaction. Each file listed in the Court's Order is addressed below.

1. EFTA00749245. The *in camera* documents show that the redacted text contains only emails address consistent with the government's briefing. Dkt. 19 at 11–12.

2. EFTA01187999. The *in camera* documents show that the redacted text contains the identity of a Victim as that term is defined in the Memorandum titled "Attorney Review Protocol for Epstein Files" dated January 4, 2026.[1] Specifically, this individual is represented by

---

[1] *See* Attorney Review Protocol for Epstein Files, available at https://www.justice.gov/epstein/doj-disclosures (indicating that the Department "is not limiting its redactions to victims of the charged

counsel with whom DOJ has communicated and that counsel has requested the individual be treated as a Victim. Upon closer evaluation of this document, it was also discovered there was an inadvertent redaction to Epstein's email address, which has since been lifted.

3. EFTA01930501. The *in camera* documents show that the redacted text contains the identity of a Victim. Specifically, this individual is represented by counsel with whom DOJ has communicated and that counsel has requested the individual be treated as a Victim.

4. ETFA01928255. The *in camera* documents show that the redacted text contains the identities of Victims. Specifically, these individuals are represented by counsel with whom DOJ has communicated and that counsel has requested the individuals be treated as Victims.

5. EFTA00628112. The *in camera* documents show that the redacted text contains only PII and is redacted consistent with the Government's briefing. Dkt.. 19 at 10–11.

6. EFTA02648868. The *in camera* documents show that the redacted text contains the identity of a Victim. Specifically, this individual is represented by counsel with whom DOJ has communicated and that counsel has requested the individual be treated as a Victim.

7. EFTA02504630. The *in camera* documents show that the redacted text contains the identity of a Victim. Specifically, this individual is represented by counsel with whom DOJ has communicated and that counsel has requested the individual be treated as a Victim.

8. EFTA01022356. The *in camera* documents show that the redacted text contains the identity of two Victims. First, the recipient of the email was determined a potential victim and

---

offenses. For purposes of this review (and relevant redactions), victims include individuals identified as victims, or potential victims, through the Department's prior prosecutions of Epstein and Maxwell as well as all individuals who have (directly or through counsel) been identified, including self-identified, to the Department as potential victims of state or federal offenses or other claims of sexual exploitation or misconduct by Epstein or Maxwell.").

therefore redacted consistent with the Attorney Review Protocol. Second, the individual referred to in the text of the email was also determined to be a potential victim from the context of the email and because the individual shares a name with a person who is represented by counsel with whom DOJ has communicated and that counsel has requested the individual be treated as a Victim.

9. EFTA00038227. The *in camera* documents show that the redactions in the "To" and "From" lines are made to protect the identity of law enforcement personnel.

10. EFTA00194840. The *in camera* documents show that the redacted text contains the identity of Victims. Specifically, these individual are represented by counsel with whom DOJ has communicated and that counsel has requested the individuals be treated as a Victims. The name of an Assistant United States Attorney is also redacted.

**Notice of Relevant Protective Orders**

While producing these documents to chambers for *in camera* review is not a public disclosure or dissemination, the Department notes that the documents provided are subject to multiple protective orders that remain in place in the Epstein and Maxwell cases before Judges Engelmayer and Berman, respectively, in the Southern District of New York. *See United States v. Epstein*, No. 19 Cr. 490 (RMB), Dkt. 38 (S.D.N.Y.); *United States v. Maxwell*, No. 20 Cr. 330 (PAE), Dkt. 36 (S.D.N.Y.). Under the terms of these orders, the Department is "precluded from publicly disclosing or disseminating the identity of any victims or witnesses referenced in the Discovery." *Epstein*, No. 19 Cr. 490 (RMB), Dkt. 38 at ¶ 4; *see also Maxwell*, No. 20 Cr. 330 (PAE), Dkt. 36 at ¶ 5 (the Government is "strictly prohibited from publicly disclosing or disseminating the identity of any victims or witnesses referenced in the Discovery").

- 4 -

Dated: July 30, 2026

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (DC Bar No. 997320)
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: 202.514.9500
stanley.woodward@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

On July 30, 2026, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

*/s/ Stanley E. Woodward, Jr.*