**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KATIE PHANG,

      Plaintiff,

    v.

TODD BLANCHE, in his official
capacity as Acting Attorney General
of the United States,

      Defendant.

Civil Action No. 26-1417 (EGS)

**[PROPOSED] ORDER**

Upon consideration of the Motion of Non-Party Jane Doe for Leave to Intervene for the Limited Purpose of Preserving Victim Redactions, and for Leave to Proceed Pseudonymously to Submit Her Identity *Ex Parte* and Under Seal (the "Motion"), it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further:

**ORDERED** that Movant is granted leave to intervene pursuant to Federal Rule of Civil Procedure 24(b) for the limited purpose of being heard on whether the redactions of her name applied under Section 2(c)(1)(A) of the Epstein Files Transparency Act, Pub. L. No. 119-38 ("EFTA"), should be preserved; and it is further,

**ORDERED** that Movant is granted leave to proceed in this action under the pseudonym "Jane Doe," and that all filings by Movant shall identify her by that pseudonym; and it is further,

**ORDERED** that Movant is granted leave to submit her identity, together with the Bates numbers of the two documents at issue, *ex parte* and under seal, for the Court's review *in camera* and without service on Plaintiff. Such submission shall be made within two (2) days of the date of this Order and shall be maintained under seal until further order of the Court; and it is further,

**ORDERED** that the redactions of Movant's name in the two documents identified in her *ex parte* submission shall remain in place, and that no order entered in this action shall require the production, release, or public filing of those documents with Movant's name unredacted; and it is further,

**ORDERED** that, before any redaction applied under EFTA § 2(c)(1)(A) is lifted in any document presently before the Court, the Department of Justice shall provide notice to the affected individual, or to that individual's counsel of record where known, and shall afford that individual fourteen (14) days from the date of such notice within which to seek appropriate relief from this Court. Such notice may be given, and such period may run, concurrently with the Court's *in camera* review; and it is further,

**ORDERED** that, pending further order of this Court, the redactions of Movant's name shall be maintained.

**SO ORDERED.**

Dated: _____

_____
EMMET G. SULLIVAN
United States District Judge