**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATIE PHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TODD BLANCHE,<br>in his official capacity as Acting Attorney<br>General of the United States,<br><br>　　　　Defendant. | Civil Action No. 26-1417 (EGS) |

**DECLARATION OF BRENDAN BALLOU IN SUPPORT OF**
**PLAINTIFF'S MOTION TO COMPEL ANSWER**

I, Brendan Ballou, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　　I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.　　I am one of the attorneys representing Plaintiff Katie Phang in the above-captioned action.

3.　　Attached as Exhibit A is a true and correct copy of July 31, 2026 through August 5, 2026 email correspondence between Plaintiff's counsel and Defendant's counsel.

4.　　I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of August, 2026.

/s/ Brendan Ballou
Brendan Ballou

1