AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Phang | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-1417 |
| Blanche | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Attorney General Todd Blanche in his official capacity                                 .

Date:    08/12/2026                                              /s/ Andrew J. Block
                                                                    *Attorney's signature*

                                                              Andrew Block (90002845)
                                                              *Printed name and bar number*

                                                              950 Pennsylvania Ave. NW
                                                              Washington D.C. 20530

                                                                    *Address*

                                                              andrew.block@usdoj.gov
                                                                    *E-mail address*

                                                              (202) 372-7565
                                                                    *Telephone number*

                                                                    *FAX number*