**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATIE PHANG,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE,<br>in his official capacity as Attorney General of the United States,<br><br>Defendant. | Civil Action No. 26-1417 (EGS) |

**[PROPOSED] ORDER**

The parties having come before the Court on August 13, 2026, and the Court being advised in the premises, and for the reasons stated on the record, it is hereby

**ORDERED** that Defendant shall submit to the Court by no later than 3 p.m. on August 25, 2026 the underlying FBI interview notes that formed the basis for the FD-302 interview reports bearing the Bates numbers EFTA01245620, EFTA02858481, EFTA02858491, and EFTA02858495.

It is further **ORDERED** that by no later than September 3, 2026, Defendant Todd Blanche, or a representative of the Department of Justice (the "Department") with personal knowledge of the facts, shall submit a written declaration under penalty of perjury setting forth:

I. If the Department has completed a redaction log for publication in the Federal Register, as required by the § 2(c)(2) of the Act and the Court's June 25, 2026 Order (ECF 15):

a) when the redaction log was completed;

b) whether the redaction log explains individual redactions made by the Department or whether the redaction log is the same as the "Summary of Redactions Made and Legal Basis" the Department provided to Congress on February 14, 2026;

c) whether the Department has begun the process of submitting the redaction log for publication in the Federal Register;

d) if so, when the Department began that process;

e) what steps the Department has taken to submit the redaction log for publication in the Federal Register;

f) what steps the Department still needs to take before submitting the log for publication in the Federal Register, including but not limited to what, if any, approvals the Department needs to secure prior to submission;

g) when the Department expects to complete each of those steps;

h) when the Department expects it will submit the redaction log for publication in the Federal Register.

II. If the Department has begun preparing, but has not yet completed, a redaction log for publication in the Federal Register, as required by the § 2(c)(2) of the Act and the Court's June 25, 2026 Order (ECF 15):

a) when the Department began preparing the redaction log;

b) how many persons at Department are involved in preparing the redaction log;

c) what steps the Department has taken to prepare the redaction log;

d) what steps the Department still needs to take to prepare the redaction log;

e) whether the redaction log explains individual redactions made by the Department, or whether the redaction log is the same as the "Summary of Redactions Made and Legal Basis" the Department provided to Congress on February 14, 2026;

f) when the Department expects to complete the redaction log;

g) what steps the Department needs to take to submit the redaction log for publication in the Federal Register, including but not limited to what, if any, approvals the Department needs to secure prior to submission;

h) when the Department expects to complete each of those steps;

i) when the Department expects it will submit the redaction log for publication in the Federal Register.

III. If the Department has not yet begun preparing a redaction log for publication in the Federal Register, as required by the § 2(c)(2) of the Act and the Court's June 25, 2026 Order (ECF 15), provide a detailed explanation of why the Department has not yet begun preparing a redaction log, including but not limited to whether the Department has made an affirmative decision not to prepare a redaction log and, if so, who at the Department was responsible for making that decision.

**SO ORDERED**

**Signed:** **Emmet G. Sullivan**
**United States District Judge**
**August __, 2026**