**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KATIE PHANG,

Plaintiff,

v.

TODD BLANCHE,
in his official capacity as Attorney General of the United States,

Defendant.

Civil Action No. 26-1417 (EGS)

**NOTICE TO THE COURT**

Plaintiff Katie Phang, by and through her undersigned attorneys, hereby submits this Notice to correct the record from the August 13, 2026 hearing regarding handwritten underlying FBI interview notes that form the basis for the FD-302 interview reports produced by Defendant.

In the June 25, 2026 preliminary injunction order, the Court ordered Defendant to either produce to the public handwritten FBI interview notes that form the basis for certain FD-302 interview reports ("302 reports") (EFTA01245620, EFTA02858481, EFTA02858491, and EFTA02858495) with victim information redacted, or show cause why the notes should not be produced. ECF 15. In response, Defendant claimed that he did not produce the notes for two reasons: (1) because they are "substantially similar to" and "duplicative of" the typewritten 302 reports; and (2) there is a risk of inadvertent disclosure of victim information because the notes are handwritten. ECF 19 at 14. As the Court noted at the hearing, Defendant did not point to any provision of the Epstein Files Transparency Act that allows Defendant to withhold materials that are "substantially similar to" or "duplicative of" other materials, and Defendant has produced, for

example, other "substantially similar" draft documents. Aug. 13, 2026 Tr., excerpt attached as Exhibit A, at 6:11–15.

At the hearing, the Court asked Defendant's counsel whether Defendant has produced other handwritten FBI interview notes that form the basis for 302 reports. *Id.* at 8:9–10. Defendant's counsel responded, "To my knowledge, not with respect to the 302s." *Id.* at 8:11–12.

Defendant's counsel is not correct. Defendant has, in fact, produced handwritten FBI interview notes underlying the 302 reports: for example, EFTA00276889–99, attached as Exhibit B, are the handwritten notes underlying the FD-302 interview report produced at EFTA00158473–79, attached as Exhibit C. Plaintiff has identified nearly 100 additional examples of handwritten interview notes produced by Defendant, set forth in Exhibit D.

Plaintiff respectfully requests that the Court consider whether Defendant's stated justification for withholding the handwritten FBI interview notes underlying EFTA01245620, EFTA02858481, EFTA02858491, and EFTA02858495 is consistent with Defendant's production of other handwritten materials when conducting its *in camera* review of those notes.

Dated: August 20, 2026

Respectfully submitted,

/s/ Emily D. Gilman

**PUBLIC INTEGRITY PROJECT**
Brendan Ballou
D.C. Bar No. 241592
Emily D. Gilman
D.C. Bar No. 1740641
1763 Columbia Road NW, Suite 175
Washington DC, 20009
ballou@publicintegrityproject.org
emily@ publicintegrityproject.org
(917) 684-3900

*Attorneys for Plaintiff Katie Phang*

**Certificate of Service**

I hereby certify that this document will be served on the Defendant in accordance with Federal Rule of Civil Procedure 5.

/s/ Emily D. Gilman

Emily D. Gilman

# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Excerpt of Transcript from August 13, 2026 Hearing |
| B | EFTA00276889–99 (example of handwritten FBI interview notes underlying FD-302 interview report) |
| C | EFTA00158473–79 (FD-302 interview report) |
| D | Additional examples of handwritten interview notes produced by Defendant |

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KATIE PHANG,
Plaintiff,

vs.

TODD BLANCHE,
Defendant.

Civil Action
No. 1:26-1417

August 13, 2026
Washington, DC

1:13 p.m.

---

TRANSCRIPT OF PRELIMINARY INJUNCTION
**BEFORE THE HONORABLE CARL J. NICHOLS**
UNITED STATES DISTRICT JUDGE

---

APPEARANCES:

**For the Plaintiff:** **Emily Gilman**
**Samuel Ward-Packard**
**Brendan Ballou**
PUBLIC INTEGRITY PROJECT
1763 Columbia Road NW, Suite 175
Washington, DC 20009
emily@publicintegrityproject.org
brendan@publicintegrityproject.org
sam@publicintegrityproject.org

**For the Defendant:** **Andrew Block**
DOJ-OASG
950 Pennsylvania Ave., NW
Washington, DC 20530
Email: andrew.block@usdoj.gov

**Saifuddin Kalolwala**
DOJ-USAO-Civil Division
601 D Street NW
Washington, DC 20530
saifuddin.kalolwala@usdoj.gov

**Reported By:** **Lorraine T. Herman, RPR, CRC**
Official Court Reporter
U.S. District & Bankruptcy Courts
333 Constitution Avenue NW
Washington, DC 20001
lorraine_herman@dcd.uscourts.gov

*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

**MR. BLOCK:** There are some things I do feel that I can confidently say in open court as to that without necessarily going into any names. I would say what we have submitted is a representative sample.

You will note in the attorney review protocol that is on the Department's website, it's the memo dated January 4th; that set forth the Department's procedure for affording people "victim status."

So on the range of people who were redacted as victims' names, there is going to be a sliding scale of documentation available to the Department that would be able.

The Department didn't weigh the amount or the volume of documentation when affording somebody victim status. What the Department took was the representation from a victim or their counsel, self-identified or through counsel, that that person was a victim, and that is how the hundreds of people who applied redactions during this time, this great effort to publish all these documents in compliance with the Act, that's how those people knew to apply redactions to certain names.

**THE COURT:** Okay. Thank you.

I want to focus on the FBI interview notes at this time.

In the preliminary injunction order, the Court

ordered the defendant to produce the underlying FBI interview notes that formed the basis for certain FBI 302 interview reports with appropriate redactions, which show cause why the notes should not be produced.

In response, the defendant stated that he did not produce the notes for two reasons: One, they are, quote, substantially similar to, end quote, and, therefore, duplicative of the typewritten reports. And, two, there is a risk of inadvertent disclosure of victim information because the notes are handwritten.

The defendant did not point to a provision in The Epstein Act that contains an exception for, quote, substantially similar, end quote, or duplicative documents.

The defendant has acknowledged publishing, quote, substantially similar, end quote, draft indictments. And, therefore, I request that the defendant be prepared to explain why the handwritten notes cannot be redacted manually or why the redactions cannot be accomplished in some other way.

**MR. BLOCK:** Your Honor, to the point of that, I will somewhat reiterate our briefing here, but the determination had been made that the handwritten notes were duplicative of materials already produced.

With respect to the Court's point about other documents being duplicative, I think the Attorney General's

memorandum of January 30th speaks to that, specifically on Pages 4 and 5, where it talks about duplications, potential inconsistencies and victim engagement.

There, the Attorney General noted that due to the volume of documents -- that's at the bottom of Page 4: Considering various factors, including the volume of documents reviewed, the presence of duplicative and partially duplicative documents and the number of attorney reviewers involved, inconsistencies will likely exist in how viewers apply redactions.

Now, of course, the Department's goal is to produce and achieve as much transparency as possible. Across hundreds of reviewers and even 40 second-line reviewers, this, I think, is an example of one of those inconsistencies where somebody reviewed a draft indictment and said there is no additional harm or risk of victim information.

I don't know exactly who made the decision to publish each document, right, but the decision from the Department was that the handwritten notes, as a duplicative category, they were just duplicative.

**THE COURT:** So you have no additional information; is that what you're saying?

**MR. BLOCK:** Yeah, I think so.

**THE COURT:** There must be some information.

**MR. BLOCK:** Well, I think, again, it's -- to the Court's point about --

**THE COURT:** How many pages of interview notes are we talking about?

**MR. BLOCK:** I don't have that information.

**THE COURT:** Approximately?

**MR. BLOCK:** I don't know what the volume of handwritten material underlying 302s is.

**THE COURT:** Have other handwritten notes been published?

**MR. BLOCK:** To my knowledge, not with respect to the 302s. I know the document, for instance, the Court cited had a handwritten old draft on the top of it, but I think that that's substantively different than what the Court's asking about.

**THE COURT:** So what would the cause be? The defendant was directed to show cause why it should not be produced. What's the answer?

**MR. BLOCK:** The answer, Your Honor, is that they are duplicative documents.

**THE COURT:** Well, that's what the defendant says. The Court doesn't know that.

All the Court is looking for is a means by which the Court can conclude that what's been provided is evidence is indeed consistent with 302 reports; that's all.

The only way to do that is to --

There's some amplification here, Mark.

The only way to do it in the Court's view -- maybe there's another way to do it -- is to see the informal notes. But just to take it at face value that the notes are substantially similar doesn't really address the Court's responsibility. The Court has to determine that that's correct. I'm just looking for a way to do that.

**MR. BLOCK:** You know, Your Honor, I'm also struggling. I think that gets a little bit back to the procedural posture here, which is that on a PI posture, which is what we are in, it's -- I'm not entirely sure what Your Honor is looking for. Is there a specific direction?

**THE COURT:** I'm just looking for cooperation. I'm just looking for evidence that supports the defendant's representations that, indeed, the handwritten notes are consistent with the 302 reports; that's all.

**MR. BLOCK:** Okay.

**THE COURT:** That's all. I mean, it's simple. I know these are difficult questions, but the Court needs to have a time frame for getting that information. I'm willing to work with you. I'm willing to work with the parties, both sides. All I need is proof that what the 302 reports say is actually true and consistent with the FBI notes.

**MR. BLOCK:** So, I guess, is that an order or is

C E R T I F I C A T E

I, Lorraine T. Herman, Official Court Reporter, certify that the foregoing is a true and correct transcript of the record of proceedings in the above-entitled matter.

| | |
|---|---|
| August 13, 2026 | /s/ Lorraine Herman |
| **DATE** | **REPORTED BY** |

# Exhibit B

9/19/19 [redacted]

(2 attorneys)

- Newport RI born
- Stockholm Sweden - grew up
- Moved PB 7-840 '88
  elem & Middle School
- Michigan school camp
  1340
  - 1st Met JE & GM
  - sitting at picnic table w/ friends
  - GM walked by w/ dog
    JE came up to Meet her
    - do you like teachers, classes, et
    - I give Scholarships
    - My father had passed away from leuk. 1yr b4
    - Where ya from PB JE "oh me too"
    - Can I have your Mom phone #
- 6 wks later
  - someone called from office asking come by for tea
  - can send driver
  - had tea w/ Mom by pool
    likes to mentor, give scholarships
- 11/14 brothers
  poor, didnt have lot money
- JE say he could help
  Mom called him our godfather

lived in PB until SR in HS

finished HS in NY JE paid for it

Moved CA 19 2002

JE cottage Interlocken

- perfect grooming
- GM always there

didnt know what relationship was
kinda became big sis
- oh pick you up, we'll go to movies

14yo

- 14yo 1st time flight w/ them to NY
took me see Lion King

- other people around & other girls
- girls seemed older than me - giggling around

'94-'95

- asst or GM or JE would call house phone
- asst. Leslie
- GM asst [redacted]
- asst. [redacted]
- diff. asst over time

- 2001 approx stopped contact
- b4 I turned 21
bf at time who questioned who he was
- JE called & screamed at me saying how ungrateful I was
- attny Darren called saying you owe JE ~~each~~ $10,000

JE co signed apt we lived in in NY
leased out to someone who didnt pay rent

- trip to NY for weekend
  - stayed at mansion

JE & GM - took me shopping, picked out what to wear including underwear white cotton ~~ea~~ underwear looked like little kids -

- 1st time there nothing inappropriate happen
- had take commercial flight but had no ID to get on
- GM came to airport & somehow got me on flight

he always gave cash b4 went home & said give to your mom - I know you need it

- 14 in FL
- JE wanted me spend a lot of time w/ him
- rub my feet while he talked on phone
- $200 or $300 in hundred dollar bills
- Sometimes take me to movies weird times when it was empty - usually JE, GM, or ass't/friend
- beg. his mom & bro at house
- here's money for voice lessons
- talked w/ me bout school
- Poolhouse GM & JE there
  - JE took me there by self
  - ask me what want to do, actress/model
  - I'm best friends w/ owner of VS
    - connections w/ photographers
      - youre gonna have to have photos taken dont be prude what do u mean

I Remember the school yr. ←

[redacted]

- I felt paralyzed
- oh a photographer may do this in NY
- progressively got worse
  you need to be comfortable in underwear
- I remember the photos
  - photos taken in NY in Studio.
    Antwon Vergloss (photographer)
  - wearing tank top
  - felt like relief

JE say to send to NY for photos

In beg, JE show off
- these famous friends, call & put on speakerphone
- Mar A Lago to meet Donald Trump
- dark green car took me in there
  "this is a good one, huh" JE say to DT
  JE & DT
  - this is my friend [redacted] - think he said friend

poolhouse incident ←

JE & I just 2 of us for several/few months
then GM joined
then other girls joined
- felt grateful cuz sometimes Id be left alone during that abuse

was 14 ←

GM very matter of fact about it

GM ask if I had boyfriends
- she would tell me her sex stories
"oh just know that when you have a bf you can fuck them anytime b/c theyre grandfathered in"

very compartmentalized
- no discussion, dont talk bout it outside of RM

JE you need to learn bout the world & you need know how to do this
I was virgin, always wanted keep underwear on

JE Might as well get it over with b/c when have a bf you want it to be good

GM would laugh like she was enjoying it too
↳ encourage behavior or you to do something in the moment

1st I thought GM didnt know but then one day she walked w/ us

bunch girls lying by pool topless
he summoned everyone & everyone followed
remember thinking everyone - just didnt seem like big deal

16 • SR YR HS NY Maybe 17

[redacted]

I moved in summer Mom came later

- stayed in apts at times
- 45 Wall St w/ Mom JE & Darren got apt.
older bro Manhattan school
younger bro boarding school

I felt like I was youngest
Some girls looked 17/18
woman [redacted] blnde haiR tan theRe - she massage therapist
Married ~~[illegible]~~ racecar driveR

[redacted]

vaguely remember meeting once
another woman very curly haiR
[redacted] -British
[redacted] - shoRt she introduced me to white Russians
1st & last time had

involved in sexual contact

-afteR Mom arrived that happened
- wanting do again - no other involved

- frequent unless I made excuses

- women traveled a lot

JE office asst. leslie would call to make appts.
- or GM call

JE loved massages
- other women would provide
- women would remove top
  - Id have to rub feet & he have me witness sexual contact
- same/similar people/women/girls
- had prof. massage therapists
- other girls around look like models
- like 100x he had me in Rm when massage

LA stay Shutters on Beach
a lot of girls around
1 girl freaked out & cried    I gave hug
"I dont want to do this" "I have bf"
me & other girl said dont worry bout it, leave so or stay out here

he already walked to bedroom

15/16 JE made me stand in underwear
took pics to show me I looked fat
personal trainer
if want be model got to lose weight

GM & JE
FL, NY, NM
both participate in sex encounters (w/)

Bday party Mike Wallace

I was like 15

- I was staying w/ JE
- JE came in w/ blonde introduced as gf
  - ↳ looked Russian

stayed like 2 wks at mansion when 1st moved to NY

other girls in NY also participate w/ JE & me
dont remember names

always $200 - $300
- sexual encounters
- even when no ♀
- GM might have, dont remember
- She present sometimes
- have shower, get food
- always gave money b4 left

- flew from FL to NM
- " " NY to NM
- just be 3 of us & was boring at ranch
- -other guests around
- 1 flight gentleman & other girls
- GM, bro Mark } on flights
- Prince Andrew }
- I never had sexual encounters w/ his friends

- didnt think other (so many) girls involved until his arrest in '08
  - thought I was only one

- not in my own experience did I see other girls have encounters w/ friends of JE
  - it would not surprise me

- always instructed, never asked
  - instructed to have encounters w/ other females

feeling he categorized girls
- 19 - there was another girl who looked my age "watch this, she'll do anything I tell her, she's stupid"
  ↳ blonde, long hair
  ↳ looked like comedian Eliza
  ↳ she American

- Adam Perry Lang - chef traveled w/ JE

- woman over 18 met at JE
  [redacted]

JE called my younger bro when at Julliard asking if he had friends who wanted to do dance audition
  he sent girls to Mansion

2000-2001 - he (bro) called me what's going on I sent friends there & they ran out screaming

- didnt bring other girls

GM & Leslie set up travel
GM was like executive asst
everyone else under

My bro reminded me JE gave us our 1st comp.
it was used comp.

faded out & I made excuses
- JE introduced me to Harvey Weinstein at party

- GM temperament scary monotone
- GM called couple times - think that was FL
to check in

- last interaction was Darren called
- Remembered mtg him at office & talking on phone
- ↳ paperwork for school
↳ he was pleasant
JE say come by office after school & we go for walk
- lets walk to Ralph Lauren store
- no further contact after that call

think could recognize people if saw pics

◦ VR → remember her being there
- I think she was on a flight here (LA) & then I went to FL - not sure
- she younger than me
- ↳ I was aging out

JE bragged about island & how much it cost
- I think he mentioned me going but never invited

Remember seeing him arrested on tv 07-08
then hearing he got that bullshit house arrest thing

several lawyers victims contact
told me my name brought up to JE & he said
oh she's grateful for everything I've done for her, she wont talk

Prob 1st told BF at time

# Exhibit C

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD

Date of entry 12/04/2019

[redacted], date of birth [redacted], was interviewed at [redacted] Present for the interview was [redacted] attorneys, [redacted] and [redacted], along with AUSA [redacted] After being advised of the identity of the above listed individuals and the nature of the interview, [redacted] provided the following information:

[redacted] was born in [redacted]. [redacted]. When she was 13 years old, [redacted] attended a school camp in Michigan - the school was [redacted]. It was here where [redacted] met JEFFREY EPSTEIN and GHISLAINE MAXWELL. [redacted] was sitting at a picnic table with her friends when MAXWELL walked by with her dog. EPSTEIN and MAXWELL stopped to talk with her. EPSTEIN asked her if she liked her teachers and her classes, then told her that he gave scholarships. EPSTEIN asked her where she was from and when she told him that she lived in [redacted], he told her he did as well. EPSTEIN asked for [redacted] phone number. [redacted] had [redacted] a year prior to meeting EPSTEIN and MAXWELL.

Approximately six weeks after meeting EPSTEIN and MAXWELL, someone from his office called her house phone asking her to come by for tea and they could send a driver. [redacted] went to EPSTEIN's Palm Beach residence and had tea by the pool. EPSTEIN told them that he likes to mentor and give scholarships. [redacted]; EPSTEIN told her that he could help. [redacted] mother called EPSTEIN her godfather.

[redacted] described that it was the "perfect grooming". MAXWELL was always there. [redacted] did not know what EPSTEIN and MAXWELL's relationship was

Investigation on 09/19/2019 at [redacted] (In Person)

File # 31E-NY-3027571 Date drafted 10/03/2019

by [redacted]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



SUBJECT TO PROTECTIVE ORDER PARAGRAPHS 7, 8, 9, 10, 15, and 17

exactly. MAXWELL "kind of" became [redacted] big sister, in that MAXWELL would pick her up and take her to the movies.

When [redacted] spent time with EPSTEIN and MAXWELL she saw other people around, including other girls - girls that seemed to be older than her. [redacted] described that the girls would be giggling.

EPSTEIN, MAXWELL, or an assistant would call [redacted] house phone. There was an assistant named LESLEY (known to law enforcement as LESLEY GROFF), MAXWELL's assistant [redacted] and another assistant [redacted] EPSTEIN had different assistants over time.

When [redacted] was 14 years old, she flew with EPSTEIN and MAXWELL to New York City to see *The Lion King*. [redacted] stayed at EPSTEIN's mansion. EPSTEIN and MAXWELL took [redacted] shopping and picked out what [redacted] should wear, including white cotton underwear. [redacted] described the underwear as looking like a little kids underwear. The first time she traveled with them nothing inappropriate happened. [redacted] was taking a commercial flight home but did not have identification so MAXWELL came to the airport and somehow got [redacted] on the flight.

When [redacted] was approximately 14 years old in Florida, EPSTEIN wanted to spend a lot of time with her. EPSTEIN wanted [redacted] to rub his feet while he talked on the phone. Sometimes EPSTEIN, MAXWELL, and an assistant or friend of theirs would take [redacted] to the movies at a "weird time", usually when the theater was empty. In the beginning, [redacted] would be with her [redacted] at EPSTEIN's house. EPSTEIN would give her money for [redacted] and talked with her about school. EPSTEIN always gave [redacted] cash before she went home. EPSTEIN told her to give the money to [redacted] because he knew they needed it. EPSTEIN gave her $200-$300 in hundred dollar bills.

[redacted] talked about a time where EPSTEIN took her to the pool house by himself and asked her what she wanted to do with her life. [redacted] told him that she wanted to be [redacted]. EPSTEIN told [redacted] that he was best friends with the owner of Victoria's Secret and had a lot of connections with photographers. EPSTEIN told [redacted] that she would have to have photographs taken. EPSTEIN told her not to be a prude. When [redacted] asked what he meant, EPSTEIN pulled down pants, pulled her to his lap and



SUBJECT TO PROTECTIVE ORDER PARAGRAPHS 7, 8, 9, 10, 15, and 17

masturbated. [redacted] felt paralyzed. EPSTEIN told her that a photographer may do this in New York. [redacted] recalled it became progressively worse after this. EPSTEIN told her that she needed to be comfortable in her underwear. [redacted] recalled that she was 14 years old because she recalled the school year.

EPSTEIN sent [redacted] to New York to have photographs done. [redacted] remembered the photographs; they were taken in a studio in New York. The photographer was [redacted]. [redacted] wore a tank top for the photographs. [redacted] recalled feeling relieved during the photo shoot.

In the beginning, before the pool house incident, EPSTEIN showed off to [redacted]. EPSTEIN told [redacted] that he had famous friends that he would call and put on speakerphone. EPSTEIN took [redacted] in a dark green car to Mar-A-Lago to meet DONALD TRUMP. EPSTEIN told TRUMP, "This is a good one, huh." [redacted] thought EPSTEIN introduced her as his friend to TRUMP.

For the first few months [redacted] was with EPSTEIN, it was only EPSTEIN who was sexually abusing her. Sometime after that, when [redacted] was still 14 years old, MAXWELL joined in on the sexual abuse, then other girls joined in. [redacted] felt grateful that other people were there sometimes because it meant that she was left alone during that abuse.

MAXWELL was "very matter of fact about it". MAXWELL asked if [redacted] had boyfriends. MAXWELL told [redacted] her sex stories. MAXWELL told [redacted], "Oh, just know that when you have a boyfriend, you can fuck them anytime because they're grandfathered in."

Everything was very compartmentalized. There was no discussion; things were not talked about outside of the room.

EPSTEIN told [redacted], "You need to learn about the world and you need to know how to do this." EPSTEIN always wanted [redacted] to keep her underwear on. [redacted]. EPSTEIN told [redacted], "You might as well get it over with because when you have a boyfriend, you want it to be good."

MAXWELL would laugh like she was enjoying it too. MAXWELL would encourage the behavior or tell her to do something in the moment. At first, [redacted] thought that MAXWELL did not know but then one day she walked with EPSTEIN and [redacted].



SUBJECT TO PROTECTIVE ORDER PARAGRAPHS 7, 8, 9, 10, 15, and 17

There was a time where there were a bunch of girls lying by the pool topless. EPSTEIN summoned everyone and everyone followed. [redacted] remembered thinking no one thought it was a big deal.

When [redacted] was approximately a senior in high school, maybe 17 years old, at EPSTEIN's mansion in New York, EPSTEIN told her that she needed to just get it over with. EPSTEIN pushed [redacted] down on her stomach, held her down, and sexually abused her. It was just EPSTEIN and [redacted] in the room. Up to this point, EPSTEIN had used his hands and vibrators on her.

[redacted] stayed in apartments when she traveled to New York. [redacted] [redacted] lived in an apartment with [redacted]. EPSTEIN paid for this apartment. [redacted]

[redacted] felt like she was the youngest in regards to being around EPSTEIN. There were girls that [redacted] saw that appeared to be around 17 or 18 years old. [redacted] recalled a woman named [redacted] who was a massage therapist. [redacted] described [redacted] as having blonde hair and having a tan. [redacted]. [redacted] vaguely recalled meeting [redacted] once. [redacted] met another woman who had very curly hair. [redacted] stated [redacted] and [redacted] were involved in the sexual contact. [redacted] described [redacted] and [redacted] as short. [redacted] introduced [redacted] to the drink "white russians", which [redacted] described as the first and last time she had that drink. These women also traveled a lot with EPSTEIN.

EPSTEIN wanted to do what he did to [redacted] in his Manhattan mansion again. It was frequent unless [redacted] made up an excuse. EPSTEIN's office assistant LESLEY or MAXWELL would call to make appointments.

EPSTEIN loved massages. Other women provided massages. Women would remove their tops while providing massages. [redacted] would have to rub his feet while EPSTEIN had her witness the sexual contact. The women and girls were usually the same or similar. EPSTEIN had professional massage therapists. The other girls that were around looked like models. [redacted] estimated approximately 100 times that EPSTEIN had her in the room when he was being



SUBJECT TO PROTECTIVE ORDER PARAGRAPHS 7, 8, 9, 10, 15, and 17

massaged.

[redacted] talked about a time in Los Angeles, where EPSTEIN stayed at Shutters on the Beach. There were a lot of girls around. EPSTEIN had already walked to the bedroom when one girl freaked out and cried. [redacted] hugged her. The girl told [redacted], "I don't want to do this; I have a boyfriend." [redacted] and another girl told this girl not to worry about it and to leave or stay out of the room.

When [redacted] was approximately 15 or 16 years old, EPSTEIN made her stand in her underwear while he took pictures of her to show her that she looked fat. EPSTEIN told her that she needed a personal trainer and that if she wanted to be a model, she needed to lose weight.

[redacted] was with EPSTEIN and MAXWELL in Florida, New York, and New Mexico. Both EPSTEIN and MAXWELL participated in the sexual contact on [redacted] in all locations.

When [redacted] was approximately [redacted], she was staying with EPSTEIN. There was a birthday party for MIKE WALLACE. EPSTEIN came in with a blonde, who looked Russian, and he introduced as his girlfriend.

When [redacted] first moved to New York, she stayed at EPSTEIN's Manhattan mansion for approximately two weeks.

In New York, there were other girls who also participated in the sexual encounters with EPSTEIN and [redacted]. [redacted] could not recall their names.

EPSTEIN always gave [redacted] $200-$300. EPSTEIN gave her the money after sexual encounters and also gave her money when he did not have sexual encounters with her. MAXWELL may have given [redacted] money, but she could not recall specifically. MAXWELL was present sometimes when EPSTEIN gave [redacted] money. [redacted] would sometimes have a shower and get food. EPSTEIN always gave [redacted] money before she left his home.

MAXWELL and LESLEY set up [redacted] travel. MAXWELL was like an executive assistant and everyone else was under her. [redacted] flew from Florida to New Mexico and flew from New York to New Mexico with EPSTEIN and MAXWELL. When [redacted] was in New Mexico, she would be there with just EPSTEIN and MAXWELL and it was boring at the ranch. There were other guests around. On one



SUBJECT TO PROTECTIVE ORDER PARAGRAPHS 7, 8, 9, 10, 15, and 17

flight, there was a gentleman and other girls. EPSTEIN's chef, ADAM PERRY LANG, traveled with EPSTEIN as well. People who flew on EPSTEIN's plane included MAXWELL, EPSTEIN's brother MARK EPSTEIN, and PRINCE ANDREW. [redacted] never had sexual encounters with EPSTEIN's friends.

[redacted] did not think that there were so many girls involved until EPSTEIN's arrest in 2008. [redacted] thought she was the only one. In [redacted] experience, she never saw other girls have sexual encounters with EPSTEIN's friends. [redacted] stated that it would not surprise her though if that did happen.

[redacted] was always instructed; she was never asked. [redacted] was instructed to have sexual encounters with other females.

[redacted] had a feeling that he categorized girls. When [redacted] was approximately 19 years old, there was another girl who looked to be her age. EPSTEIN told [redacted], "Watch this, she'll do anything I tell her; she's stupid." [redacted] described this girl as an American, having long blonde hair, and who looked like [redacted].

[redacted] met a woman over 18 years old named [redacted] at EPSTEIN's home. EPSTEIN introduced [redacted] to HARVEY WEINSTEIN at a party.

EPSTEIN called [redacted]nd asked him if he had friends who wanted to do a [redacted] audition. [redacted] sent girls to the mansion. [redacted] called [redacted] and asked her what was going on because he sent girls to EPSTEIN's mansion and they ran out screaming.

[redacted] did not bring girls to EPSTEIN.

[redacted] reminded her that EPSTEIN gave them their first computer. It was a used computer.

MAXWELL's temperament was "scary monotone". MAXWELL called a couple times to check in with [redacted]. [redacted] thought that may have been in Florida.

[redacted] interaction with EPSTEIN faded out; [redacted] would make excuses. In approximately 2001, [redacted] she stopped contact with EPSTEIN and MAXWELL. [redacted] had a boyfriend at the time who questioned who EPSTEIN was. EPSTEIN called [redacted] and screamed at her



SUBJECT TO PROTECTIVE ORDER PARAGRAPHS 7, 8, 9, 10, 15, and 17

telling her ungrateful she was. EPSTEIN's attorney DARREN (known to law enforcement as DARREN INDYKE) contacted [redacted] and told her that she owed EPSTEIN $10,000 because EPSTEIN co-signed for an apartment in New York City where [redacted] and her family lived. At this time, the apartment had been leased out to someone who was not paying the rent.

The last interaction [redacted] had with someone from EPSTEIN's circle was when DARREN called. [redacted] recalled meeting DARREN at the office and talking on the phone. [redacted] would meet with DARREN regarding paperwork for school. [redacted] described DARREN as "pleasant". EPSTEIN somtimes told [redacted] to come by after school and they would go for a walk and they would walk to the Ralph Lauren store. [redacted] had no further contact after that call from DARREN.

[redacted] recalled [redacted] being at EPSTEIN's home. [redacted] thought that [redacted] was on a flight to Los Angeles and then [redacted] flew out with them to Florida. [redacted] was unsure about this. [redacted] was younger than [redacted]. [redacted] felt that she was aging out.

EPSTEIN bragged about his island and how much it cost. [redacted] thought that he mentioned her going but she was never invited.

[redacted] recalled seeing him arrested in approximately 2007/2008, then hearing that he "got that bullshit house arrest thing".

[redacted] had been contacted by several victims lawyers. These lawyers told her that her name had been brought up to EPSTEIN, and EPSTEIN told them, "Oh, she's grateful for everything I've done for her; she won't talk."

[redacted] felt that she probably told her first boyfriend at the time about EPSTEIN. [redacted] felt that she may be able to recognize people if she saw pictures.

[Agent note: Not all details were discussed during the course of this interview. [redacted] agreed to speak again at another time.]



SUBJECT TO PROTECTIVE ORDER PARAGRAPHS 7, 8, 9, 10, 15, and 17

# Exhibit D

**Additional examples of handwritten interview notes produced by Defendant**

| Bates label | Link |
|---|---|
| EFTA00004070 | https://www.justice.gov/epstein/files/DataSet%203/EFTA00004070.pdf |
| EFTA00004179 | https://www.justice.gov/epstein/files/DataSet%203/EFTA00004179.pdf |
| EFTA00009622 | https://www.justice.gov/epstein/files/DataSet%207/EFTA00009622.pdf |
| EFTA00021076 | https://www.justice.gov/epstein/files/DataSet%208/EFTA00021076.pdf |
| EFTA00093495 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00093495.pdf |
| EFTA00105195 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00105195.pdf |
| EFTA00129158 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00129158.pdf |
| EFTA00129167 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00129167.pdf |
| EFTA00158004 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00158004.pdf |
| EFTA00158008 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00158008.pdf |
| EFTA00158602 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00158602.pdf |
| EFTA00158771 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00158771.pdf |
| EFTA00158888 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00158888.pdf |
| EFTA00159140 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00159140.pdf |
| EFTA00159319 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00159319.pdf |
| EFTA00159394 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00159394.pdf |
| EFTA00257671 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00257671.pdf |
| EFTA00257787 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00257787.pdf |
| EFTA00260457 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00260457.pdf |

| Bates label | Link |
|---|---|
| EFTA00276886 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00276886.pdf |
| EFTA00276901 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00276901.pdf |
| EFTA00276919 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00276919.pdf |
| EFTA00276948 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00276948.pdf |
| EFTA00276955 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00276955.pdf |
| EFTA00276965 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00276965.pdf |
| EFTA00276971 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00276971.pdf |
| EFTA00276988 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00276988.pdf |
| EFTA00276998 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00276998.pdf |
| EFTA00277024 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00277024.pdf |
| EFTA00277027 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00277027.pdf |
| EFTA00277031 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00277031.pdf |
| EFTA00277040 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00277040.pdf |
| EFTA00789957 | https://www.justice.gov/epstein/files/DataSet%209/EFTA00789957.pdf |
| EFTA01245133 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01245133.pdf |
| EFTA01245145 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01245145.pdf |
| EFTA01245210 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01245210.pdf |
| EFTA01245499 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01245499.pdf |
| EFTA01245755 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01245755.pdf |

| Bates label | Link |
|---|---|
| EFTA01245762 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01245762.pdf |
| EFTA01245778 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01245778.pdf |
| EFTA01245783 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01245783.pdf |
| EFTA01245878 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01245878.pdf |
| EFTA01245884 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01245884.pdf |
| EFTA01245886 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01245886.pdf |
| EFTA01245893 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01245893.pdf |
| EFTA01246076 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01246076.pdf |
| EFTA01246079 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01246079.pdf |
| EFTA01246135 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01246135.pdf |
| EFTA01246225 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01246225.pdf |
| EFTA01246294 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01246294.pdf |
| EFTA01246319 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01246319.pdf |
| EFTA01246623 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01246623.pdf |
| EFTA01246635 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01246635.pdf |
| EFTA01246636 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01246636.pdf |
| EFTA01246797 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01246797.pdf |
| EFTA01246900 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01246900.pdf |

| Bates label | Link |
|---|---|
| EFTA01247150 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01247150.pdf |
| EFTA01247270 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01247270.pdf |
| EFTA01247500 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01247500.pdf |
| EFTA01247504 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01247504.pdf |
| EFTA01247515 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01247515.pdf |
| EFTA01247945 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01247945.pdf |
| EFTA01247960 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01247960.pdf |
| EFTA01248408 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01248408.pdf |
| EFTA01248623 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01248623.pdf |
| EFTA01248645 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01248645.pdf |
| EFTA01248792 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01248792.pdf |
| EFTA01248881 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01248881.pdf |
| EFTA01248902 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01248902.pdf |
| EFTA01249856 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01249856.pdf |
| EFTA01250201 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01250201.pdf |
| EFTA01250291 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01250291.pdf |
| EFTA01250384 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01250384.pdf |
| EFTA01250403 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01250403.pdf |
| EFTA01250425 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01250425.pdf |

| Bates label | Link |
|---|---|
| EFTA01250475 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01250475.pdf |
| EFTA01250982 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01250982.pdf |
| EFTA01251011 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01251011.pdf |
| EFTA01262402 | https://www.justice.gov/epstein/files/DataSet%209/EFTA01262402.pdf |
| EFTA01309593 | https://www.justice.gov/epstein/files/DataSet%2010/EFTA01309593.pdf |
| EFTA01681930 | https://www.justice.gov/epstein/files/DataSet%2010/EFTA01681930.pdf |
| EFTA01681990 | https://www.justice.gov/epstein/files/DataSet%2010/EFTA01681990.pdf |
| EFTA01682075 | https://www.justice.gov/epstein/files/DataSet%2010/EFTA01682075.pdf |
| EFTA01694226 | https://www.justice.gov/epstein/files/DataSet%2010/EFTA01694226.pdf |
| EFTA01694840 | https://www.justice.gov/epstein/files/DataSet%2010/EFTA01694840.pdf |
| EFTA01695531 | https://www.justice.gov/epstein/files/DataSet%2010/EFTA01695531.pdf |
| EFTA01716192 | https://www.justice.gov/epstein/files/DataSet%2010/EFTA01716192.pdf |
| EFTA02728514 | https://www.justice.gov/epstein/files/DataSet%2011/EFTA02728514.pdf |
| EFTA02728516 | https://www.justice.gov/epstein/files/DataSet%2011/EFTA02728516.pdf |
| EFTA02728517 | https://www.justice.gov/epstein/files/DataSet%2011/EFTA02728517.pdf |
| EFTA02728519 | https://www.justice.gov/epstein/files/DataSet%2011/EFTA02728519.pdf |