UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATIE PHANG,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Attorney General of the United States,<br><br>Defendant. | Civil Action No. 26-1417 (EGS) |

**DEFENDANT'S NOTICE OF APPEAL**

Defendant respectfully files its notice appeal to the United States Court of Appeals for the D.C. Circuit of this Court's June 25, 2026, Order. ECF No. 15.

In the view of the United States, whether the district court's June 25, 2026, Order is appealable is inconclusive. Accordingly, the Unites States submits this protective notice of appeal. To the extent that any aspect of the order grants Plaintiff injunctive relief, it is immediately appealable under 28 U.S.C. § 1292(a)(1).

Dated: August 24, 2026

STANLEY E WOODWARD, JR.
Associate Attorney General

*/s/ ANDREW J. BLOCK*
Andrew J. Block
*Senior Counsel to the Associate Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*