# PROPOSED ORDER

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**KATIE PHANG,**
Plaintiff,

v.

**TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,**
Defendant.

Civil Action No. **1:26-cv-01417-EGS**

## ORDER

*Upon consideration of Andrew Parker's Motion to Intervene pursuant to Federal Rule of Civil Procedure* 24, the memoranda and other materials submitted in connection with the Motion, the entire record herein, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Andrew Parker is permitted to intervene in this action as a Plaintiff-Intervenor; and it is further

**ORDERED** that Parker's intervention shall be limited to issues concerning the disclosure, withholding, redaction, retraction, and preservation of records subject to the Epstein Files Transparency Act unless otherwise ordered by the Court.

SO ORDERED.

---

EMMET G. SULLIVAN
United States District Judge

Date: ________________

2c