UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATIE PHANG,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Attorney General of the United States,<br><br>Defendant. | Civil Action No. 26-1417 (EGS) |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Civil Rule 83.6(c), Assistant U.S. Attorney Saifuddin Kalolwala, hereby gives notice of withdrawal as counsel for record for Defendant, Todd Blanche in his official capacity as Attorney General of the United States, in the above-captioned case. In support of this notice, undersigned counsel states as follows:

1. Undersigned counsel, an Assistant U.S. Attorney with the United States Attorney's Office for the District of Columbia, entered an appearance on behalf of Defendant on May 29, 2026.
2. Defendant will continue to be represented in this matter by the Department of Justice, Office of the Associate Attorney General, through counsel of record Stanley Woodward and Andrew Block, who have both entered their appearance in this case.
3. Assigned counsel identified above will continue to represent Defendant's interests without interruption or delay.

Accordingly, undersigned counsel, Saifuddin Kalolwala, respectfully requests that the Clerk terminate him as counsel of record for Defendant in this matter.

Dated: September 1, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Saifuddin K. Kalolwala*
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*