RECEIVED
Mailroom
AUG - 6 2026
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

# In The United States District Court
**For The District of Columbia**

**KATIE PANG,**
**Plaintiff,**

**v.** **Civil Action NO. 26-1417-EGS**

**TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,**
**Defendant,**

**HEARING DEMANDED**

RECEIVED
Mailroom
AUG - 6 2026
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

## MOTION FOR LEAVE TO INTERVENE ALTERNATIVELY AMICUS CURIAE

***NOW COMES,*** M. Eugene Gibbs-Squires, Esq. [***hereinafter Gibbs***] as an individual and collective: Ex rel the United States of America and moves the Honorable Court grant Gibbs leave to intervene and/or appear as Amicus Curiae. Gibbs has a unique perspective and understanding of the law and facts of the case – no other attorney/person in America possesses and is uniquely positioned to provide insight into the PEDOPHILES – and crimes of the PEDOPHILES have caused greater destruction to Gibbs than any person. Additional reasons for said motions are fully set forth below:

## JURISDICTION

Fed. R. Civ. P. 24(a), 18 USC § 1964(a), (b) and (c), and the courts of the United States possess inherent equitable powers over their process to prevent abuse, oppression, and injustice, and to protect their jurisdiction and officers in the protection of property in the custody of law. **Washington-Southern Nav. Co. v.**

**Baltimore & P.S.B.C. Co.**, 263 U.S. 629, 635, 636 (1924). If the courts keep within the bounds of judicial discretion, its action is not reviewable; *Article III, Section 1 of the United States Constitution*. AND:

**IN GOD WE TRUST…CREATIVE LLC ET AL. v. ELENIS ET AL.**, (US Supt, Ct., No. 21–476, June 30, 2023)….

I, **M. EUGENE GIBBS-SQUIRES**, do solemnly declare and affirm under the penalties of perjury the contents of the foregoing motion is true and correct to the best of my knowledge, information, and belief: This affidavit is made upon my personal knowledge, pursuant to 28 U.S. Code § 1746: this 6th day of August 2026. **DOUBLE AFFIRMATION!!!**

## I. PRELIMINARY STATEMENT

The 2,000 +, Epstein PEDOPHILE MAFIA existed and operated on BLACKMAIL: knowledge of $50 billion dollars of stolen Black Art – HOMOSEXUALITY, theft of $1.4 trillion dollars from 30 million Homeowners (20,000 SUICIES: 3 each day), Fannie Mae, Freddie Mac and the Treasury Department: Home Affordable Mortgage Program (HAMP), payment of BRIBES: **$5 billion dollars paid to the Department of Justice**, $25 billion dollars paid to the politicians and judges – disguised as consent decrees and political donations.

## II. STATEMENT

The murderous Russian dictator, Vladimir Vladimirovich Putin, stated that the United States of America is amoral and is governed by PEDOPHILES. The Court has a moral and legal duty to expose the truth....

**ARGUMENTO: If every member of Congress and federal judges were included as Epstein clients (1,300 0f 2,000) – there still would be 700 unnamed people left**....

## III. STATEMENT OF THE CASE

The PEDOPHILE MAFIA, through [i[t's association with "noted" individuals well placed in the "art world." Discovered the theft of $50 billion dollars of Black Art being transactional among famous individuals, politicians and judges – based on homosexual connections. The PEDOPHILE MAFIA used this information to crate a

continuing criminal enterprise.

## IV. INTRODUCTION

Gibbs is a [83-year-old] **Veteran** (US Air Force), ***retired NYC police officer,*** and attorney: for 31 years (1995-2026) I've dedicated my "life" to exposing how PEDOPHILES have "highjacked" our political and judicial systems…the HOW: $50 billion dollars of stolen Black Art is used to control the NAACP, CBC, Black leaders and politicians: BLACKMAIL (PEDOPHILIA) was used to save Merrill Lynch, Countrywide Financial, Washington Mutual and Bear Sterns…that allowed BOA, JP Morgan Chase and others to defraud $1.4 trillion dollars from 30 million Homeowners (20,000 Homeowner SUICIDES, 3 each day), Fannie Mae, Freddie Mac and the Treasury Department… ($1.4 [T]rillion dollars PONZI SCHEME) – operated in violation of RICO and the False Claims Act…funded Jeffery Epstein's (Epstein-Cosby (Bill)) sex trafficking of children, drug ring and BLACKMAIL of presidents, congress and judges….

**IF YOU DON'T KNOW THE "PLAYERS" – YOU CAN'T CHANGE THE GAME!!!**




CITY OF NEW YORK POLICE
DETECTIVE




POLICE
DEPARTMENT
CITY OF NEW YORK


THE LAST
ANGRY COP!
POLICE DEPARTMENT
CITY OF NEW YORK
911
BILL COSBY: RAPE AND THE THEFT
OF $50 BILLION OF ART!
MELVIN GIBBS-SQUIRES:
THE LAST ANGRY COP
Johnson 4 Art Publishing Company
www.mystolenart.com
$39.99
ISBN 978-0-9830322-4-3
53999>
9 780983 032243

## V. STATEMENT OF FACTS

The PEDOPHILE MAFIA created the largest PONZI SCHEME in history to fund the purchase of private islands, jets, mansions, 5-Star accommodations, European vacations, bribes and "hush" money, to wit:

**PONZI SCHEME**: After Debtor qualified for mortgage modification under HAMP, that would have cost BOA $100,000 – reducing the value of Debtor's mortgage from $292,000 to $192,000 – BOA sold Debtor's mortgage note to Freddie Mac for $300,000 (**defrauding Freddie Mac of $100,000**); without notice to Debtor as required by law.

***BOA then executed a fraudulent Assignment of Mortgage with Nationstar*** – certifying that Nationstar was the owner of Debtor's mortgage note. Nationstar with full knowledge Debtor never missed a mortgage payment, filed illegal foreclosures.

All money paid by Debtors were withheld from Freddie Mac causing Freddie Mac to downgrade Debtor's mortgage as non-performing (2012 – 2024); Freddie Mac sold Debtor's mortgage note to JP Morgan Chase, 2024: at all relevant times Nationstar certified to state and federal courts that Nationstar owned Debtor's mortgage note. Nationstar was fully aware BOA sold Debtor's mortgage note to Freddie Mac in 2012.

Thereafter, Chase purchased Debtor's mortgage note from Freddie Mac for less than $100,000 with the stipulation that the modification be honored, Chase failed to

do so and refused to provide Debtor information as to Debtor's mortgage note.

SPS, Chase, Nationstar and BOA, combined to demand Debtors pay $615,000 to extort Debtors into "ratifying" [t]heir FRAUD. The continuing criminal conspiracy allows BOA to keep $300,000 without modifying Debtors' mortgage notes as required by law; Nationstar and SPS split $180,000 defrauded through the court process; Chase gets to ignore the required modification and list the value of Debtors' mortgage as $615,000 as part of Chase's mortgage "pool" that inflates the "pool's" value: the real value being $0 to $45,000 rather than $615,000 – causing investors to believe they are investing in higher backed mortgage securities: the higher dividends are fraudulently "fueled" by defrauding 30 million Homeowners entitled to relief under HAMP, Covid-19, other programs, and defrauding the Treasury Department of more than $100 billion dollars by promising to keep foreclosures to a minimum – while filing illegal foreclosures.

The **PONZI SCHEME:** **is dependent on judges allowing illegal foreclosure to go forth by threatening Homeowners with summary judgment, evictions, etc., dismissing suits against mortgage companies for illegal practices, and preventing discovery**. The illegal acts being implemented to steal $$$ hundreds of billions of dollars in total disregard for the effects of stealing citizens' homes – **proves such acts are instituted with a depraved indifference for human life and thus satisfy the elements of** – **MURDER**!

## VI. MEMORANDUM OF LAW

**ARGUMENT**

Gibbs avers and incorporates by reference each and every paragraph of the letter attached, *infra*, as it is set forth verbatim:

**M. Eugene Gibbs, Esq.**
4257 Monterey Drive
Florence, SC 29501-8951
Email: **mgibbs70@aol.com**

May 28, 2025

**George J. Hazel, Esq. [Retired US District Court Judge (DMD)]**
**Letter of January 3, 2025 – is hereby amended.**

***I'm a Veteran (US Air Force), retired NYC police officer; and my practice of law, for 30 years, has been dedicated to recovering $50 billions of dollars of stolen Art (RICO) belonging to Black folk (Heirs living on $500 a month SS and eating dog food) and "Clawing-Back" $$$ trillion of dollars (FCA-RICO) stolen by [the Big 5 Banks-in general] and Bank of America and JP Morgan Chase in particular – to avoid devastation of the financial system caused by the COLLASPE and "forced" acquisition of Merrill Lynch, Countrywide Financia, Bear Stearns and Washington Mutual....***

I prepared a Rule 60 motion to file, the primary purpose was requesting you and the judges you consulted to reach the correct legal holding, *infra*, to request AG Merrick Garland appoint a Special Counsel. However, my research revealed you had resigned from the bench.... The continuing criminal enterprise (judges) are incorrectly citing the case before you and others to protect PEDOPHILES...by "casting" me as a "deranged serial litigator" ...having ordered the clerk to refuse to enter DEFAULT against Bill Cosby, the Smithsonian, Nationstar Mortgage, and Scott & Corley, PA: a few days later the "Smithsonian" panicked and agreed to return the stolen art ($10 billion dollars), on or about May 5, 2022....

The case, in part, that is part and partial to the RICO conspiracy, was before you. However, because of the corruption and/or legal impotence I experienced in the District of Maryland – given what I "knew" concerning your wiliness to grant defendants' motions to dismiss – I correctly cited the law as to why you did not have

jurisdiction:
Gibbs v. Bank of Am., N.A., No. 16-CV-2855 (GJH.

| | | |
|---|---|---|
| **11/13/2017** | 85 | **ORDER granting 77 Motion for Reconsideration; granting 80 Motion to Reopen and Remand to State Court; vacating 75 Memorandum Opinion; directing the Clerk to reopen the case for the purpose of remanding. Signed by Judge George Jarrod Hazel on 11/13/2017. (c/m 11/14/2017 - jf3s, Deputy Clerk) (Entered: 11/14/2017)** |
| **11/14/2017** | 86 | **Remand Letter to State Court (c/m 11/14/2017 - jf3s, Deputy Clerk) (Additional attachment(s) added on 11/28/2017: # 1 Receipt of case) (jnls, Deputy Clerk). (Entered: 11/14/2017)** |

From March 31, 2017, to November 13, 2017: I spent eight (8) months attempting to convey Maryland law: Plaintiffs' foreclosure in Maryland state court and Defendants' counterclaim, did not permit Plaintiffs to remove the case to federal court. After 8 months and consultation with several colleagues (one of which addressed the same issue and remanded the case back to state court) you concluded Gibbs' legal analysis was correct.

Gibbs-Squires v. Urb. Settlement Servs., No. 14-CV-00488 (MSK) (CBS), 2015 WL 196217, at *5-6 (D. Colo. Jan. 14, 2015), aff'd, 623 F. App'x 917 (10th Cir. 2015); the following year (2016) the Tenth Circuit Court reversed: In a published, 38-page opinion, the U.S. Court of Appeals for the Tenth Circuit held that a first amended complaint filed by borrowers against Bank of America (Bank) and Urban Settlement Services (Servicer) stated a "facially plausible" claim under the Racketeer Influence and Corrupt Organizations Act (RICO). The lawsuit was remanded by the Tenth Circuit back to the U.S. District Court for the District of Colorado for further proceedings after the lawsuit was initially dismissed by the district court [George v. Urban Settlement Services, 833 F.3d 1242 (10th Cir. 2016): My complaint was drafted verbatim from the George complaint!
The complexities of the case – excerpt from document (EDNY-No. 22-0011: 2nd Circuit Court-No. 22-1344):

USA Peace (EDNY): Has uncontroverted evidence the $40 billion dollars Consent Decrees between Appellees (Defendants Bank of America, Nationstar Mortgage, 49 state attorney generals and the Justice Department) are BRIBES – paid to cover-up Bank of America's $3 trillion dollars theft to avoid BANKRUPTCY: $2 trillion dollars loss due to the purchase of Merrill Lynch, Countrywide Financial, [JP Morgan Chase] Bear Sterns and Washington Mutual. Additionally,

Uncontroverted evidence proves the Justice Department failed and neglected to give $5 billion dollars of the recovered funds to the Treasury Department. USA Peace must explain whether the Justice Department's $5 billion dollars BRIBE – plays a role in permitting Bank of America and Nationstar to commit: PERJURY, SUBORNATION OF PERJURY, FRAUD ON THE COURTS and OBSTRUCTION OF JUSTICE that has continued for 30 years – including TODAY. And,

To steal $3 trillion dollars – Appellees paid $30 billion in BRIBES and used knowledge of stolen Black Art ($50 billion) by individuals associated with: NAACP, *Congressional Black Caucus (CBC)* and Al Sharpton – to control those organizations and individuals, and PEDOPHILES – as BLACKMAIL, to wit:
Bank of America's support of the Smithsonian Institution and Bill Cosby facilitated the stolen art and exposed the PEDOPHILES to Hugh McColl (President of BOA) …protecting "drug rapist" Bill Cosby, the Smithsonian Institution [$10 billion Stolen Art], Michael Rosenfeld [Art Gallery] used to "fence" stolen art….

British socialite Ghislaine Maxwell's trial (conviction) exposed those associated with Jeffrey Epstein and Bill Cosby: More than 2,000 names in the BLACK BOOK: President Donald Trump, President Bill Clinton: best friend Bill Cosby; Louis J. Freeh Director of the Federal Bureau of Investigation (September 1993 to June 2001); Lawrence H. Summers, Secretary of the Treasury (1999 to 2001); David Koch, Mike Bloomberg, Peter Cohen, Flavio Briatore, Steve Forbes, Rubert Murdoch, Ronald Perelman (the businessman, not the actor), Peter Soros (the nephew of George Soros) and Robert Trump (the brother of Donald Trump), Alec Baldwin, Ralph Fiennes, David Blaine, Ivanka and Ivana Trump, Jimmy Buffett, Chris Evans, Dustin Hoffman, Mick Jagger, Michael Jackson, Chris Tucker… Britain's Prince Andrew, Duke of York (son of Queen Elizabeth), Professor Alan Dershowitz, billionaire investor Leon Black, [federal judges and politicians]…. Bill Cosby – arranged for Hugh McColl, CEO of Bank of America to donate $500,000 to the Clinton Foundation; a week later Clinton pardoned McColl's friend Rick Hendrick (NASCAR)…..

It is uncontroverted that the Justice Department joined and combined to steal Gibbs' psychiatric medical records from Connecticut and transport the stolen records to the South Carolina attorney general; to facilitate obstruction of justice in the court (US 2nd Cir. 1998)….

*USA Peace has uncontroverted evidence and self-proving Justice Department records: proving in 2003, USA Rod Rosenstein (Maryland) and AUSA James Trusty had Gibbs falsely arrested, falsified Gibbs' INDICTMENT, and had Gibbs TORTURED [SuperMax Prison, Baltimore, MD] over 14 months to force Gibbs to confess to a crime that never happened.*

Gibbs' records at the Department of Labor prove DOL never filed a complaint against Gibbs or had an employee testify before Rosenstein's grand jury – proof Rosenstein falsified the grand jury report and indictment. Gibbs' C/I ([Confidential Informant] FBI Agent) informed Gibbs, Rep. John Lewis and William "Bill" Cosby were FBI Informants being protected by the Justice Department who had full and complete knowledge of Cosby's RAPES!!!

The filed Assignment of Mortgage between BOA and Nationstar is part and partial to [t]heir $3 trillion dollars criminal enterprise. The criminal enterprise installed Nationstar as the "STRAW" (Servicer for BOA) insulated Homeowners from discovering their mortgages were held by Fannie Mae or Freddie Mac and were eligible to be modified under the Home Affordable Mortgage Program (HAMP): mortgages reduced at an average of $1,000 per month – costing BOA $10 billion per month or more than $1 trillion.

Judge Klein (**Sundquist v. Bank of America**) sanctioned Bank of America $45 million for the egregious conduct that caused Mr. Sundquist's attempted SUICIDE. Bank of America was placed on NOTICE – [T]heir actions thereafter constituted a ***depraved indifference for human life***[1] – MURDER!!! More than 20,000 Homeowners have committed SUICIDE: 3 each day.

The illegal foreclosure suits were filed against Gibbs to prevent Gibbs from using more than $500,000 in equity to continue 30 years of litigation, to expose the theft of $50 billion of Art belonging to or controlled by Blacks: 3,000 works of art stolen from 200 Black Artists ($20 billion dollars), and the $30 billion Dr. Barnes Art Trust...criminal enterprise of William "Bill" Cosby, Dr. David Driskell, Smithsonian Institution ($10 billion of the stolen art); art fenced via the Michael Rosenfeld Art Gallery (NYC); Peter Stern, Esq., and Does 1-500....

The Court's protection of the PEDOPHILES must not take *precedence* over the legal and moral obligation to prevent Appellees from MURDERING Gibbs.

*It is an affront to my dignity the Appellees, stated, "We would rather eat 'shit' than lose to a NIGGER." AND, the law is "chilled" when the Court, to protect PEDOPHILES IN POWER while stating, "A 'NIGGER' will never be the first attorney to successfully litigate a $$$ trillion dollars case....*

---

1 ***The PEDOPHILE'S crimes committed against Gibbs, contributed to the deaths of Gibbs' daughter (Bridgette July 5, 1964 – May 29, 2018, and grandson (RaShad December 17, 1980 – August 22, 2020.***

"...Though the colored [Black] man is no longer subject to barter and sale, he is surrounded by an adverse settlement which fetters all his movements. In his downward course, he meets with no resistance, but his course upward is resented and resisted at every step of his progress. If he comes in ignorance, rags, and wretchedness... he conforms to the popular belief of his character, and in that character, he is welcome; but if he shall come as a gentleman, a scholar and a statesman, he is hailed as a contradiction to the national faith concerning his race, and his coming is resented as impudence. In one case he may provoke contempt and derision, but in the other he is an affront to pride and provokes malice. Frederick Douglass – September 25, 1883.

/s/ M. Eugene Gibbs, Esq.]

## VII. CONCLUSION

The empirical uncontroverted evidence presented – **DEMANDS** the Court determine whether the Epstein PEDOPHILE MAFIA'S payment of $5 billion dollars the Department of Justice is responsible for the many failures of DOJ! ...or at a minimum hold a public hearing and/or appoint a panel of retired judges to investigate the facts.

***WHEREFORE***, Gibbs prays the Honorable Court GRANTS the demanded relief and grants such other and further relief, at law and equity, general or special, to which Gibbs has shown himself justly entitled.

Respectfully Submitted,

/s/ M. Eugene Gibbs-Squires, Esq., Pro-se

M. Eugene Gibbs-Squires, Esq., Pro-se
(843) 610-0674
mgibbs70@aol.com

**CERTIFICATE OF SERVICE**

I, M. Eugene Gibbs-Squires, hereby certify under the penalty of perjury that a copy of Motion to for leave to Intervene and/or as Amicus Curiae was served electronically this 6th day of August 2026, addressed to:

Emily Danya Gilman
PUBLIC INTEGRITY PROJECT
1763 Columbia Road NW
Suite 175
Washington, DC 20009
708-476-9569
Email: emily@publicintegrityproject.org

Samuel Ward-Packard
PUBLIC INTEGRITY PROJECT LLC
1763 Columbia Rd NW
Ste 175 #357995
Washington, DC 20009
262-949-0973
Email: sam@publicintegrityproject.org

Brendan Ballou
PUBLIC INTEGRITY PROJECT LLC
1763 Columbia Rd NW
Ste 175 #357995
Washington, DC 20009
917-684-3900
Email: brendan@publicintegrityproject.com

Brittany Henderson
EDWARDS HENDERSON
425 North Andrew Avenue
Ste 2
Fort Lauderdale, FL 33301
954-524-2820
Fax: 954-524-2822
Email: brittany@cvlf.com

Saifuddin Kalolwala
DOJ-USAO
Civil Division
601 D Street NW
Washington, DC 20530
202-252-2550
Email: saifuddin.kalolwala@usdoj.gov

Stanley Edmund Woodward , Jr.
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave NW
Washington, DC 20530
771-220-9755
Email: stanley.woodward@usdoj.gov

/s/ M. Eugene Gibbs-Squires, Esq., Pro-se
M. Eugene Gibbs-Squires, Esq., Pro-se
(843) 610-0674
mgibbs70@aol.com