From: Cynthia Eadon <Cynthia_Eadon@ganb.uscourts.gov>
Sent: Friday, September 13, 2019 3:19 PM
To: Rogers, Paul A. <PRogers@mcguirewoods.com>
Subject: 19-05272-wlh Gibbs v. Gibbs et al.

Hello Mr. Rogers,

Pro Se Plaintiff, Mr. Gibbs has contacted Chambers requesting an emergency hearing on Plaintiff's [illegible] Stay and or Injunction (Doc #7) and Plaintiff's Motion for Declaratory Judgment (Doc #8). Although no response(s) have been filed, given your attendance at prior hearings, I am reaching out and requesting your availability over the next several [illegible]

If you are not the correct party regarding this matter, please forward to appropriate party and disregard as to your availability.

Thank you.

Sincerely,

[illegible] A. Eadon

[illegible]

Chief Judge Wendy L. Hagenau

[illegible] Court [illegible] Georgia

Atlanta, Georgia 3030[illegible]

[illegible]

[illegible] e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please [illegible] e-mail and delete immediately without reading or forwarding to others.

CBS

CBS NEWS
2020 M STREET, N.W.
WASHINGTON, D.C. 20036-3304

(202) 457-4321

April 9, 1998

Dear Mr. Gibbs:

I am writing to thank you for sending me information pertaining to the life and work of the artist, William H. Johnson. As we discussed, I am very interested in exploring the possibility of producing a segment for **60 MINUTES** about his family's attempts to retrieve paintings from his estate that are currently in the collection of The Smithsonian Institution. To that end, I would like to speak to family members to hear their first-hand account of their story. I would appreciate your assistance in contacting Mr. Johnson's family and others who could provide information about this topic.

**60 MINUTES** is a weekly news magazine which is seen by millions of viewers world-wide. Since we put a great deal of time and money into the stories we produce, I would ask that you and your clients agree not to grant interviews on this topic to any other news organization. If, however, **60 MINUTES** decides not to pursue this story for our broadcast, I would, of course, inform you of that decision in a timely manner and you would be free to approach other journalists.

I look forward to talking to you again soon. If at all possible I would like to set up a conference call between you, your clients and myself early next week if your schedule permits.

Thank you so much for all of your help.

Sincerely,

Rebecca Peterson

Rebecca Peterson
Associate Producer
**60 MINUTES**
Tel: 202/973-0779
Fax: 202/973-0704

Mr. M. Eugene Gibbs
**GIBBS & SCOTT**
119 N. Dargan Street
Florence, SC 29501
Tel: 803/661-1080

# Bank of America sued for $1 billion for defrauding Fannie Mae, Freddie Mac

GlobalPost

*October 24, 2012 · 5:08 PM UTC*

By Talia Ralph




Bank of America said on September 28, 2012, that it agreed to pay $2.43 billion to settle a lawsuit related to its acquisition of Merrill Lynch.

Credit: Spencer Platt

THE WALL STREET JOURNAL.

# Bank of America, Freddie Mac in Talks to Settle Mortgage Dispute

## Agency Wants Bank to Buy Back More Than $1.4 Billion in Loans

*By Nick Timiraos And Shayndi Raice*

Updated Nov. 11, 2013 2:32 pm ET

SHARE

Freddie Mac and Bank of America are in settlement talks to resolve disputes over more than $1.4 billion in faulty mortgages Freddie has said Bank of America should have to take back, according to people familiar with the matter.

The settlement talks with Freddie aren't related to separate litigation filed by the FHFA in 2011 in which the agency is seeking more than $6 billion over allegedly misleading disclosures on some $57.5 billion in securities sold by Bank of America and two subsidiaries, Countrywide Financial and Merrill Lynch & Co, which were acquired by the bank in 2008.

Freddie had $1.4 billion in Bank of America repurchase demands as of Sept. 30, according to federal filings, the largest for any bank. That represented around 42% of all of Freddie's outstanding repurchase demands.

In January 2011, Bank of America agreed to a $1.35 billion settlement with Freddie, but that deal included only loans sold by Countrywide. Bank of America's $11.6 billion agreement with Fannie earlier this year included $6.7 billion in loan repurchases. That followed a smaller $1.5 billion deal with Fannie in 2011.

**Fighting Pedophilia** –

**I spent years "trying" to prove I was equal**. I had no knowledge, when litigation touches on exposing PEDOPHILIA, you not only lose – your life is destroyed! The **case** is proven by 300 documents retrieved from the National Archives, Smithsonian Institution's Inspector General and FBI; Bank of America ("Big 5 Banks") are proven by sworn testimony of their employees and their self-proving business records....

Destruction of my Law Firm (GIBBS, SCOTT & REDMOND) to protect those involved with the stolen art and PEDOPHILES: May 2003, after I amended my complaint to include the Department of Justice and FBI, I notified the judge I would be falsely arrested if the court did not grant my motions for a Temporary Restraining Order and Injunction. August 2003, DOJ had me falsely arrested; unaware, AUSA James Trusty stood before Judge Day and stated, "These allegations, as I understand the law, do not constitute a crime…in Attorney Gibbs' 60 years – we haven't been able to find so much as a 'parking ticket.'" Thereafter, USA Rod Rosenstein had James Trusty falsified my indictment and had me tortured (SuperMax Prison, Baltimore, MD) for 14 months to force a confession to a crime that never occurred (proven by empirical evidence) ["This" is how Black men are exonerated 20, 30 or 40 years after being in prison]. November 2003, the judge denied my motion for TRO/Injunction 3 months after my arrest: the motion should have been granted May 2003.

PAIN CAN BE QUATIFIED

During a jury trial (1997) the judge stated that pain could not be quantified; I beg to differ. After the trial I began my research to create a method of litigating "pain and suffering" in a manner that jurors could understand.

After several months my efforts produced this: when a 40-pound garden stone broke, fell 43 inches and crushed my client's foot:

$E=mgh$, $E=(\frac{1}{2})kx^2$, $x=\sqrt{2mgh/k}$, $f=kx=\sqrt{2mghk}$: Which factor(s) are missing?