**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATIE PHANG,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,<br><br>Defendant. | Case No. 1:26-cv-1417 (EGS) |

**DEFENDANT'S MOTION FOR A PARTIAL STAY PENDING APPEAL OF THE COURT'S SEPTEMBER 16, 2026, ORDER**

For the reasons stated in the accompanying memorandum in support, Defendant Todd Blanche, in his official capacity as Attorney General of the U.S. Department of Justice ("Department"), respectfully moves this Court for an order partially staying its Order dated September 16, 2026. *See* ECF 42 (the "September 16 Order"). Specifically, Defendant asks the Court to stay pending appeal the portion of the September 16 Order that requires Defendant to "initiate review and production" of certain documents and to certify that Defendant has done so by September 24, 2026. *See id*. p. 19.

Dated: September 18, 2026

STANLEY E. WOODWARD, JR.
Associate Attorney General

*/s/ ANDREW J. BLOCK*
Andrew J. Block
*Senior Counsel to the Associate Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATIE PHANG,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,<br><br>Defendant. | Case No. 1:26-cv-1417 (EGS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for a partial stay pending appeal of the Court's September 16, 2026, Order it is HEREBY:

ORDERED that Defendant's motion is **GRANTED**; and

ORDERED that the Court's Order of September 16, 2026, ECF No. 43, requiring the Defendant to "initiate review and production of foreign-language materials that may be subject to production under the EFTA and provide notice to the Court and all parties that such review is underway by no later than September 24, 2026;" is HEREBY stayed pending resolution of the Defendant's appeal to the United States Circuit Court for the District of Columbia Circuit.

SO ORDERED:

________
Dated

____________________________
EMMET G. SULLIVAN
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

*/s/ Andrew J. Block*
Andrew J. Block