55356 **Federal Register** / Vol. 91, No. 165 / Thursday, August 27, 2026 / Notices

Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 CFR 210.13. Pursuant to 19 CFR 201.16(e) and 210.13(a), such responses will be considered by the Commission if received not later than 20 days after the date of service by the Commission of the complaint and the notice of investigation. Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondent, to find the facts to be as alleged in the complaint and this notice and to enter an initial determination and a final determination containing such findings, and may result in the issuance of an exclusion order or a cease and desist order or both directed against the respondent.

By order of the Commission.

Issued: August 25, 2026.

**Lisa Barton,**

*Secretary to the Commission.*

[FR Doc. 2026–17528 Filed 8–26–26; 8:45 am]

**BILLING CODE 7020–02–P**

## DEPARTMENT OF JUSTICE

### Report Under Public Law 119–38

**AGENCY:** Department of Justice.

**ACTION:** Notice of report.

**SUMMARY:** The Department of Justice is publishing a report submitted to Congress concerning records released and withheld pursuant to Public Law 119–38.

**FOR FURTHER INFORMATION CONTACT:** The Office of the Associate Attorney General, 202–514–9500.

**SUPPLEMENTARY INFORMATION:** The Epstein Files Transparency Act (''the Act''), Public Law 119–38, 139 STAT. 656, requires the Department of Justice to publish a justification for redactions and classification of records related to its review and release of records, documents, communications and investigative materials that relate to various categories of materials. Through this Notice, pursuant to Section 2 of the Act, the Department is publishing a report submitted to the House and Senate Committees on the Judiciary describing all categories of records released and withheld; a summary of the redactions made, including the legal basis; and a list of all government officials and politically exposed persons named or referenced in the reviewed materials. The report is set forth below in the Appendix to this Notice.

Dated: August 21, 2026.

**Stanley E. Woodward, Jr.,**

*Associate Attorney General.*

## Appendix

**BILLING CODE 4410–21–P**

U.S. Department of Justice

Office of the Deputy Attorney General

*Washington, D.C. 20530*

February 14, 2026

Chairman Chuck Grassley
Senate Judiciary Committee
224 Dirksen Senate Office Building
Washington, DC 20510

Chairman Jim Jordan
House Judiciary Committee
2138 Rayburn House Office Building
Washington, DC 20515

Ranking Member Dick Durbin
Senate Judiciary Committee
224 Dirksen Senate Office Building
Washington, DC 20510

Ranking Member Jamie Raskin
House Judiciary Committee
2138 Rayburn House Office Building
Washington, DC 20515

**Re: Epstein Files Transparency Act – Section 3 Report to Congress**

Section 3 of the Epstein Files Transparency Act ("the Act") requires the Department of Justice, within 15 days of completing the release required under the Act, to submit to the House and Senate Committees on the Judiciary a report listing: "(1) All categories of records released and withheld; (2) a summary of redactions made, including legal basis; and (3) a list of all government officials and politically exposed persons named or referenced in the released materials." *See* Sec. 3 (cleaned up).

Consistent with Section 3 of the Act, the Department provides the following information.

**Categories of Records Released and Withheld**

*Categories of Records Released.* In accordance with the requirements of the Act, and as described in various Department submissions to the courts of the Southern District of New York assigned to the Epstein and Maxwell prosecutions and related orders,[1] the Department released all "records, documents, communications and investigative materials in the possession of the Department" that "relate to" any of nine different categories:

[1] *See United States v. Epstein, 19* Cr. 490 (RMD) (S.D.N.Y.) Dkts, 85, 86, 87, 88, 90, 91, 92, 93, 94, 97, 98, 99, 100; *United States v. Maxwell,* 20 Cr. 330 (PAE) (S.D.N.Y.) Dkts. 810, 811, 813, 819, 820, 823, 826, 839,845,846,847,848,849.

> (1) Jeffrey Epstein, including all investigations, prosecutions, or custodial matters; (2) Ghislaine Maxwell; (3) flight logs or travel records, including but not limited to manifests, itineraries, pilot records, and customs or immigration documentation, for any aircraft, vessel, or vehicle owned, operated, or used by Jeffrey Epstein or any related entity; (4) individuals, including government officials, named or referenced in connection with Epstein's criminal activities, civil settlements, immunity or plea agreements, or investigatory proceedings; (5) entities (corporate, nonprofit, academic, or governmental) with known or alleged ties to Epstein's trafficking or financial networks; (6) any immunity deals, non-prosecution agreements, plea bargains, or sealed agreements involving Epstein or his associates; (7) internal DOJ communications, including emails, memos, meeting notes, concerning decisions to charge, not charge, investigate, or decline to investigate Epstein or his associates; (8) all communications, memoranda, directives, logs, or metadata concerning the destruction, deletion, alteration, misplacement, or concealment of documents, recordings, or electronic data related to Epstein, his associates, his detention and death, or any investigative files; and (9) documentation of Epstein's detention or death, including incident reports, witness interviews, medical examiner files, autopsy reports, and written records detailing the circumstances and cause of death.

Sec. 2(a) (cleaned up).

*Categories of Records Withheld.* The only category of records withheld were those records where permitted withholdings under Section 2(c) and privileged materials were not segregable from material responsive under Section 2(a). As discussed in the Department's December 19, 2025, and January 29, 2026, letters to Congress (the Prior EFTA Letters), the privileges that applied to the withheld records were deliberative-process privilege, work-product privilege, and attorney-client privilege.

No records were withheld or redacted "on the basis of embarrassment, reputational harm, or political sensitivity, including to any government official, public figure, or foreign dignitary." Sec. 2(b)(1).

**Summary of Redactions Made and Legal Basis**

Consistent with the Act, the Department, in consultation with victim counsel and victims directly, engaged in an extensive process to identify and redact "segregable portions of records that (A) contain personally identifiable information of victim or victims' personal and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; (B) depict or contain child sexual abuse materials (CSAM) as defined under 18 U.S.C. 2256 and prohibited under 18 U.S.C. 2252-2252A; (C) would jeopardize an active federal investigation or ongoing prosecution, provided that such withholding is narrowly tailored and temporary; and (D) depict or contain images of death, physical abuse, or injury of any person." *See* Sec. 2(c).

Although permitted by the Act, no materials were redacted or withheld on that basis that a record "contain[ed] information specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and are in fact properly classified pursuant to such Executive order." *See* Sec. 2(c)(l)(E).

As described in detail in the SDNY-EFTA Orders and Submissions and the Prior EFTA Letters, the Department, as permitted by the Act, undertook an extensive process to redact victim names and victim personally identifiable information, including extensive engagement with victims and their counsel. This engagement is ongoing, and the Department remains steadfast in its commitment to protecting victims. The Department notes, and as discussed in the SDNY-EFTA Orders and Submissions, unredacted versions of these materials are available for inspection at the Department by members of Congress, and certain members of Congress have come to the Department to inspect unredacted materials.

As discussed above and in the Prior EFTA Letters, the Department redacted a limited amount of information covered by various privileges, including deliberative-process privilege, work-product privilege, and attorney-client privilege. The legal basis for these redactions and withholding is that these privileges are long-recognized and based in common law. *See* Fed. R. Evid. 501; *Trammel v. United States,* 445 U.S. 40, 47 (1980) ("In . . . enacting Rule 501, Congress manifested an affirmative intention not to freeze the law of privilege."). Given the presumption against repeal of common-law principles, the Supreme Court has recognized that such "privilege[s] should not be held to have been abrogated or limited unless Congress has at least used clear statutory language." *FBI* v. *Fazaga,* 595 U.S. 344, 355 (2022); *see Bassett v. United States,* 137 U.S. 496, 505–06 (1890) ("[B]efore any departure from the rule affirmed through the ages of the common law—a rule having its solid foundation in the best interests of society—can be adjudged, the language declaring the legislative will should be so clear as to prevent doubt as to its intent and limit."); *see also Oklahoma v. Castro-Huerta,* 597 U.S. 629, 642 (2022) ("Congress expresses its intentions through statutory text passed by both Houses and signed by the President.").

**List of All Government Officials and Politically Exposed Persons**

Below is a list of all government officials and "politically exposed persons" named or referenced in the released materials. The term "politically exposed persons" was not defined in the Act, but consistent with Section 3 of the Act, Department reviewers were directed to notate "all government officials and politically exposed persons named or referenced" in any document, including videos and images, reviewed during this process.

This list includes (as directed by the Act) all persons where (1) they are or were a government official or politically exposed person and (2) their name appears in the files released under the Act at least once. Names appear in the files released under the Act in a wide variety of contexts. For example, some individuals had extensive direct email contact with Epstein or

Maxwell while other individuals are mentioned only in a portion of a document (including press reporting) that on its face is unrelated to the Epstein and Maxwell matters.[2]

| | | |
|---|---|---|
| Acosta, Alexander | Adelson, Miriam | Allen, Woody |
| Allred, Gloria | Andrew Mountbatten-Windsor | Arthur Edward Rory Guinness |
| Assange, Julian | Audrey, Strauss | Avakian, Stephanie |
| Babino, Vincent | Baldwin, Alec | Band, Doug |
| Bannon, Steve | Barak, Ehud | Barr, William |
| Becerra, Xavier | Belohlavek, Lanna | Berman, Geoffrey |
| Beyonce | Bezos, Jeff | Biden, Ashley |
| Biden, Hunter | Biden, Jill | Biden, Joe |
| Birger, Laura | Bistricer, David | Bistricer, Marc |
| Black, Leon | Blair, Tony | Blanche, Todd |
| Blinken, Antony | Boies, David | Bolton, John |
| Bondi, Pam | Bongino, Dan | Bono |
| Book, Lauren | Booker, Cory | Bowdich, David |
| Boyd, Stephen E. | Bradshaw, Ric | Branson, Richard |
| Brennan, John | Brockman, John | Brunel, Jean Luc |
| Buckley, Sean | Bull, Gerald | Bush Jr., George |
| Bush, George W. | Bush, Jeb | Byrne, Patrick |
| Calk, Stephen | Capone, Russell | Carlson, Tucker |
| Carper, Tom | Castro, Fidel | Cheney, Dick |
| Cher | Chomsky, Noam | Clayton, Jay |
| Clinton, Bill | Clinton, Chelsea | Clinton, Hillary |
| Clooney, George | Cobain, Kurt | Cohen, Michael |
| Colleran, Brian | Collins, Linda | Comey, James |
| Comey, Maureen | Conway, George | Copperfield, David |
| Cosby, Bill | Daza, Omar | De Niro, Robert |
| Dershowitz, Alan | Desantis, Ron | Diana, Princess of Wales |
| Diller, Barry | Donahue, Phil | Donaleski, Rebekah |
| Dupont, Kathleen | Economou, George | Egauger, Michael |
| Eisenberg, John | Elizabeth II | Ellison, Keith |
| Emmanuel, Rahm | Epstein, Jeffrey | Erben, Germann |
| Feinberg, Stephen | Ferguson, Sarah | Filip, Mark |
| Flynn, Michael | Foley, Mark | Fortelni, Marius |
| Friedland, Edward | Frost, Phillip | Garland, Merrick |
| Gates, Bill | Gates, Melinda | Geithner, Timothy |
| Giuliani, Rudy | Goldman, Dan | Graham, Lindsey |
| Haley, Nikki | Harris, Kamala | Harrish, Joshua |
| Hatch, Orin | Hawk, Rony | Heiss, Howard |
| Higgins, Tony | Ho, Stanley | Hoffman, Reid |
| Holder, Eric | Horowitz, Andreesen | Horowitz, Michael |
| Hosenball, Mark | Hoyer, Steny | Huckabee, Mike |
| Huckabee, Sarah | Hutner, Florence | Inge Rokke, Kjell |
| Iveagh, Clare | Jackson, Michael | Jagger, Mick |
| Jarecki, Henry | Jay Z | Jayapal, Pramila |

[2] Any omissions from the list are unintentional and, as explained in the previous letters to Congress, a result of the volume and speed with which the Department complied with the Act. Individuals whose names were redacted for law-enforcement sensitive purposes are not included.

Jeffries, Hakeem
Joplin, Janis
Kennedy Jr., Robert F.
Kline, Carl
Kushner, Jared
Lefkowitz, Jay
Lew, Jack
Lofgren, Zoe
Lord Robert May
Mace, Nancy
Margolin, James
Massie, Thomas
May, Theresa
Meadows, Mark
Milikowski, Nathan
Moe, Alison
Mook, William
Mulvaney, Mick
Nadler, Jerry
Netanyahu, Benjamin
Obama, Michelle
Oz, Mehmet
Patel, Kash
Pelosi, Nancy
Phelan, John
Podesta, Tony
Pope John Paul II
Presley, Elvis
Prince Philip
Quayle, Dan
Ratner, Brett
Recarey, Joseph
Reynolds, Tom
Rod-Larsen, Terje
Romney, Mitt
Rosenstein, Rod
Roth, John
Rowan, Marc
Ruemmler, Kathy
Sasse, Ben
Schenberg, Janis
Schumer, Amy
Scott, Tim
Sessions, Jeff
Shappert, Gretchen
Snowden, Edward
Spacey, Kevin
Stabenow, Debbie
Starr, Kenneth
Stordalen, Petter
Sultan Ahmed bin Sulayem

Johnson, Hank
Kasich, John
Kerry, John
Krisher, Barry
Kyl, Jon
Lefroy, Jeremy
Lewinsky, Monica
Lonergan, Jessica
Lutnick, Howard
Mandelson, Peter
Markey, Ed
Maxwell, Ghislaine
McCain, John
Menendez, Robert
Milken, Michael
Monaco, Lisa
Moskowitz, Jared
Murdoch, Rupert
Napolitano, Janet
Newsom, Gavin
Ocasio Cortez, Alexandria
Papapetru, Sophia
Paul, Ron
Pence, Mike
Plaskett, Stacey
Pomerantz, Lara
Pope, Susan
Presley, Lisa Marie
Pritzker, JB
Raskin, Jamie
Readler, Chad
Reiter, Michael
Rice, Susan
Rogers, Matthew
Roos, Nicolas
Ross, Diana
Routch, Timothy
Rubenstein, Howard
Ryan, Paul
Scanlon, Mary Gay
Schiff, Adam
Schumer, Chuck
Sekulow, Jay
Shamir, Yitzhak
Shea, Timothy
Soros, Alex
Spitzer, Eliot
Staley, Jes
Stoltenberg, Jens
Straub, Glenn
Summers, Larry

Jones, Alex
Kendall Rowlands, John
Khanna, Ro
Kudlow, Larry
Lady Victoria Hervey
Leo, Leonard
Lieu, Ted
Lorber, Howard
Lynch, Loretta
Mao, Coreen
Markle, Meghan
Maxwell, Robert
McFarland, Nicole
Milano, Alyssa
Mnuchin, Steve
Monroe, Marilyn
Mueller III, Robert s.
Musk, Elon
Nassar, Larry
Obama, Barack
O'Donnell, Rosie
Parker, Daniel
Pecorino, Joseph
Pestana, Diego
Plourde, Lee
Pompeo, Mike
Power, Samantha
Prince Harry, Duke of Sussex
Pritzker, Thomas
Ratcliffe, John
Reagan, Ronald
Reno, Janet
Richardson, Bill
Rohrbach, Andrew
Rosen, Jeffrey
Rossmiller, Alexander
Rove, Karl
Rubio, Marco
Salinger, Pierre
Scarola, John
Schlaff, Martin
Schwarzman, Stephen
Senatore, Adrienne
Shapiro, Ben
Siad, Daniel
Soros, George
Springsteen, Bruce
Starmer, Keir
Stordalen, Gunhild
Streisand, Barbara
Swalwell, Eric

| | | |
|---|---|---|
| Sweeney Jr., William | Taylor Green, Marjorie | Thatcher, Margaret |
| Thiel, Peter | Thomas-Jacob, Carol | Trump, Donald |
| Trump, Ivanka | Trump, Melania | Tucker, Chris |
| Vance, JD | Villafana, Marie | Walker, Richard |
| Warsh, Kevin | Wexner, Abigail | Wexner, Les |
| Williams, Damian | Wolff, Michael | Woodward, Stanley |
| Wyden, Ron | Yung, Mark | Zampolli, Paolo |
| Zucker, Jeff | Zuckerberg, Mark | |

Sincerely,

PAMELA J. BONDI
United States Attorney General

TODD BLANCHE
Deputy United States Attorney General
United States Department of Justice



[FR Doc. 2026–17533 Filed 8–26–26; 8:45 am]
**BILLING CODE 4410–21–C**

## DEPARTMENT OF JUSTICE

**[Docket No. [ ]**

## Granting of Relief; Federal Firearms Privileges

**AGENCY:** Department of Justice.

**ACTION:** Notice of granting of restoration of Federal firearms privileges.

**SUMMARY:** The Attorney General has granted relief from disabilities imposed by Federal laws with respect to certain individuals regarding the acquisition, receipt, transfer, shipment, transportation, or possession of firearms or ammunition.

**SUPPLEMENTARY INFORMATION:** The Attorney General is responsible for enforcing the provisions of the Gun Control Act of 1968 (GCA), 18 U.S.C. Chapter 44. Section 922(g) of title 18 of the United States Code prohibits certain persons from shipping or transporting ''in interstate or foreign commerce, or possess[ing] in or affecting commerce, any firearm or ammunition; or [from] receiv[ing] any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.'' Section 925(c) of title 18 provides that a person who is prohibited under section 922(g) may make application to the Attorney General to remove the firearms disabilities if it is established to [the Attorney General's] satisfaction that the circumstances regarding the disability, and the applicant's record and reputation, are such that the applicant will not be likely to act in a manner dangerous to public safety and that the granting of the relief would not be contrary to the public interest. Section 925(c) also provides that whenever the Attorney General grants relief to any person pursuant to this section, he ''shall promptly publish in the **Federal Register** notice of such action, together with the reasons therefor.''

Attorney General Todd Blanche has reviewed all the relevant facts for each individual listed below, including the