**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KATIE PHANG,

*Plaintiff*,

v.

TODD BLANCHE, in his official capacity as Attorney General of the United States,

*Defendant*.

Case No. 1:26-cv-01417 (EGS)

**DEFENDANT'S MOTION FOR A JUDGMENT ON THE PLEADINGS**

For the reasons stated in the accompanying memorandum of points and authorities in support of this motion, Defendant Todd Blanche, in his official capacity as Attorney General of the United States, moves the Court for judgment on the pleadings in accordance with Federal Rule of Civil Procedure 12(c).

Dated: October 1, 2026

STANLEY E. WOODWARD, JR.
Associate Attorney General

*/s/ Andrew J. Block*

ANDREW J. BLOCK
*Senior Counsel to the Associate Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KATIE PHANG,

*Plaintiff*,

v.

TODD BLANCHE, in his official capacity as Attorney General of the United States,

*Defendant*.

Case No. 1:26-cv-01417 (EGS)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for a judgment on the pleadings, it is HEREBY ORDERED that Defendant's motion for a judgment on the pleadings is **GRANTED**.

SO ORDERED:

__________
Dated

______________________________
EMMET G. SULLIVAN
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

*/s/ Andrew Block*
Andrew J. Block