# In The United States District Court
**For The District of Columbia**

| | | |
|---|---|---|
| **KATIE PANG,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action NO. 26-1417-EGS** |
| | ) | |
| **TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,** | ) | **HEARING DEMANDED** |
| | ) | |
| **Defendant,** | ) | |
| | ) | |

## GIBBS EMERGENCY MOTION TO ALTER OR AMEND JUDGMENT AND PROPOSED ORDER

TAKE NOTE: *Gibbs takes exception to the Court's denial of Gibbs Motion to Intervene based on Local Rule 7(a); in that said rule is not applicable. Local Rule 7(j) provides a "carve out" due to the uniqueness of motions to intervene; Local Rule 7(j) restates Fed. R. Civ. P. 24(c) – recognizing that Rule 24(a)(1) has the same requirements as Local Rule 7(a); AND Rule 24(a)(2), as pleaded by Gibbs, is* ***FACT*** *dependent.*

***NOW COMES,*** M. Eugene Gibbs-Squires, Esq. [***hereinafter Gibbs***] as an individual and collective: Ex rel the United States of America and moves the Honorable Court pursuant to Fed. R. Civ. P. 59(e) to Alter and Amend [i]t's Order denying Gibbs leave to intervene and/or appear as Amicus Curiae. Reasons for said motion is fully set forth below:

I, **M. EUGENE GIBBS-SQUIRES**, do solemnly declare and affirm under the penalties of perjury the contents of the foregoing motion is true and correct to the best of my knowledge, information, and belief: This affidavit is made upon my personal knowledge, pursuant to 28 U.S. Code § 1746: this 6th day of August 2026. **DOUBLE AFFIRMATION**!!!

RECEIVED
Mailroom
SEP 30 2026
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## I. PRELIMINARY STATEMENT

Gibbs motion to intervene presents issues/facts of first impression in this district. Given the facts presented by Gibbs and no party having responded **(DEFAULT)**, the Court must accept each fact as true. **Therefore, there are no points of law or authorities in the district that are on point**: nor are [t]hey needed, ***see, infra***. Local Rule 7(a) was promulgated to address civil litigation – DOJ has admitted to the facts pleaded by Gibbs – certifying that RICO 18 USC §1961 et seq., a criminal statue, is operative in DOJ's failure to comply with the EFTA: that said crimes directly affects Gibbs and Gibbs rights, property and transactions cannot be protected by the parties.

Gibbs avers and incorporate each and every paragraph of Katie Phang's Complaint: Docket #1, as if each paragraph was set forth verbatim.

**Promulgated** – When Local Rule 7(a) was enacted, a special "carve out" for motions to intervene was set forth by Local Rule 7(j) that codified Fed. R. Civ. P. 24(c) into Local Rule 7(a). In doing so in this specific manner, without addressing Fed. R. Civ. P. 24(a)(1) and (2), there is a recognition that (a)(1) cannot be satisfied without satisfying Local Rule 7(a) and (a)(2) is FACT based and does not require specific points of law and authority because intervention is based on specific material and relevant facts that are specific to each intervenor.

**As to this district, there has not been a case that addressed harm being caused by the US Attorney General protecting PEDOPHILES by failing to**

**comply with a law passed by Congress**.

Default – Plaintiff and Defendant failed and neglected to oppose, answer and/or otherwise respond to Gibbs Motion to Intervene – each fact and allegation must be accepted as true – as pleaded. Based on the requirements of Fed. R. Civ. P. 8 and the [Civil] Racketeering Influence Corrupt Organization Act (RICO).

Gibbs Motion to Intervene sets forth the continuing criminal conspiracy by the EPSTEIN PEDOPHILE MAFIA whose crimes, in part, are designed to destroy Gibbs to prevent Gibbs from exposing [i]ts 2,000 members, financial institutions and individuals funding the PEDOPHILE MAFIA'S crimes. Exposing the PEDOPHILES without also exposing the (pedophiles) aiding and abetting the PEDOPHILES – prevents Gibbs from filing meaningful litigation, allows the PEDOPHILES to continue [t]heir crimes against the public and violates the letter and spirit of the EFTA.

***The Court has a duty and obligation to hold a hearing to determine weather the facts are applicable and provide Gibbs an opportunity to then apply those facts to the law and authority as may be reasonably established by law and may be shown to be relevant in this district – as issues of first impression.***

The crimes of the EPSTEIN PEDOPHILE MAFIA 30 years, dictates that Gibbs proceed in a manner consistent with Local Rule 7(g), Rule 8, RICO and the FCA. First, if this is a case whereby AG Blanch reasonably failed to comply with the EFTA, Gibbs has no interest in intervening! However, if AG Blanch used information

provided by Gibbs, explained infra, to gain his nomination as AG and is now constrained by the PEDOPHILE MAFIA – such constraints directly affects Gibbs proposed $4.2 [t]rillion dollars suit under Civil RICO and the FCA (Ex Rel, et al).

The indictment and conviction of Senator Ted Stevens (Alaska) – later dismissed for "serious" DOJ misconduct. Did not answer the question as to "who" ordered the misconduct, certainly not *low-level* prosecutors – the EPSTEIN PEDOPHILE MAFIA ...?!

While litigating to recover the $50 billion dollars of stolen Black Art 25-years ago, before Judge Robertson (DCDC), I discovered that the defendants were in phone conversations with Judge Robertson's Chambers; a blatant violation of Local Rules. After the case was dismissed, I was informed by US Marshalls and court personnel that defendants had arranged for Judge Robertson's law clerk to receive a job at a "prestigious" law firm.

While engaged in said litigation, Gibbs wrote: [Material and Relevant] As to the facts of the 2000 election, concerns should be raised as to Plam Beach County being the only Florida County to change its election ballot; who was inserted in Supervisor of Elections Thresa LePore's life and what product (Widget) was used to test how people would react (vote) when presented with the configuration used for the actual ballot....

Coup D'états are part and partial to the EPSTEIN PEDOPHILE MAFIA's long-term goal of taking control of the political system to protect [t]heir members...Gibbs is an impediment.

## II. STATEMENT

Gibbs filed a motion to intervene: USA v. Trump, et al., Case No. CASE NO. 23-cr-80101-AMC, US District Court, Southern District of Florida, attached hereto. The filling was to determine the actions of the judge, prosecutors and Todd Blanche as attorney for Donal J. Trump. Thus far, without explanation from AG Blanche, Attorney Blanche used the information to become AG Blanche and cannot release the Epstein files without criminal implications. Epstein files: without the names of individuals in general, and politicians and judges in particular, Gibbs proposed lawsuit cannot succeed.

In or about 2008, the EPSTEIN PEDOPHILE MAFIA as part of their continuing criminal enterprise, operated in violation of the Racketeering Influence Corrupt Organization Act (RICO), created a $1.3 [t]rillion dollars PONZI SCHEME – designed to defraud Gibbs, 30 million Homeowners, Fannie Mae, Freddie Mac and the Treasury Department. The EPSTEIN PEDOPHILE MAFIA was aware their depraved indifference for human life would cause the death of Homeowners: 20,000 suicides: 3 each day.

Part and partial to the PONZI SCHEME, Bank of America sold Gibbs' mortgage note to Freddie Mac without notice to Gibbs, and executed a fraudulent Assignment of Mortgage with Nationstar Mortgage. When Gibbs demanded modification under the Home Affordable Mortgage Program, Bank of America had Nationstar file an illegal foreclosure (Florence, SC) against Gibbs, October 2013: with full knowledge that Nationstar was not the Party-in-interest, suffered no damages in

that bank of America's business records were self-proving that Gibbs never missed a mortgage payment. Litigation that culminated in 2026, with the theft of Gibbs' $850,000 custom designed retirement home.

While the illegal foreclosure was pending for 13 years, the EPSTEIN PEDOPHILE MAFIA forced the South Carolina courts (circuit, appeals and supreme) to enter summary judgment and sale Gibbs' home because Gibbs would not accept "Nigger Money" and withdraw all claims against the EPSTEIN PEDOPHILE MAFIA.

The EPSTEIN PEDOPHILE MAFIA had Gibbs' $250 million dollars judgment (Adverse Proceeding) vacated in the bankruptcy court (Northern District Georgia), District Court Northern District and 11th Court of Appeals: after Bank of America and Nationstar admitted on record that they did not have a viable excuse (excusable neglect) and/or a defense to Gibbs' claims.

January 2022, Gibbs filed a $100 billion dollars against the EPSTEIN PEDOPHILE MAFIA in the District Court (EDNY). Gibbs believes and was informed that Senator Shumer and Judge Kovner negotiated dismissal. During the "negotiations" more than 30 days (21 days required) passed. Gibbs filed for entry of default against Defendants: William "Bill" Cosby, the Smithsonian Institution, Nationstar Mortgage and Law Firm of Scott and Corley (***Consigliere***).

Judge Kovner ORDERED the clerk to refuse to docket and sign the entry of defaults…then judge Kovner dismissed Gibbs' complaint based on two (2) cases Judge Kovner knew had been OVERTURNED! The 2nd Circuit Court, with the same issues, knowingly upheld Judge Kovner.

The EPSTEIN PEDOPHILE MAFIA'S criminal acts forced Gibbs (Barbara) to file a second bankruptcy in South Carolina. Then the EPSTEIN PEDOPHILE MAFIA had the bankruptcy judge change Gibbs' mortgage note from a $2,100 per month, 30-years to $10,000 per month, 10-years in violation of the Contracts Clause of the US Constitution. The district court and 4th Circuit Court upheld the absurdity.

All rulings by the courts listed herein – proves that without the names and video files of the EPSTEIN PEDOPHILE MAFIA, Gibbs cannot file litigation that is not **controlled** by the EPSTEIN PEDOPHILE MAFIA politicians and judges.

## III. STATEMENT OF THE CASE

The EPSTEIN PEDOPHILE MAFIA, through [i[t's association with "noted" individuals well placed in the "art world:" discovered the theft of $50 billion dollars of Black Art being transactional among famous individuals, politicians and judges – based on homosexual connections. The EPSTEIN PEDOPHILE MAFIA used this information to create the largest PONZI SCHEME (mortgage theft) in history. Using BLACKMAIL and $30 billion dollars in BRIBES disguised as political contributions; DOJ with the full and complete knowledge of AG Blanche has not transferred DOJ's $5 billion dollars BRIBE to the Treasury Department. Said crimes were and are used to destroy Gibbs to protect the EPSTEIN PEDOPHILE MAFIA.

The FACTS as alleged, and uncontroverted, proves Gibbs is entitled to Intervene pursuant Fed. R. Civ. P. 24(a)(2) and the Court's denial based on Local Rule 7(a) is relied on in error.

## V. STATEMENT OF FACTS

Plaintiff and Defendant failed and neglected to oppose, answer or otherwise respond to Gibbs Motion to Intervene. Wherefore, Gibbs is provided an opportunity to rise and address additional material and relevant facts and issues.

**The EPSTEIN PEDOPHILE MAFIA paid $30 billion dollars in BRIBES disguised as consent decrees and political contributions: $5 billion retained by DOJ that should have been transferred to the Treasury Department**.

***During Gibbs' 30 years of litigating against the EPSTEIN PEDOPHILE MAFIA, the EPSTEIN PEDOPHILE MAFIA destroyed Gibbs' Law Firm (GIBBS, SCOTT & REDMOND) by having Gibbs falsely arrested, illegally indicted and TORTURED Gibbs to force a confession to a crime that was never reported; all of which destroyed 75% of Gibbs' mental capacity. Given Gibbs advanced age, Gibbs will never recover!***

The Court having failed to appoint a Master to investigate crimes by DOJ and the PEDOPHILES and/or refer said crimes for prosecution – demands an inquiry into whether the Court may be able to balance justice and apply the law as required and DEMANDED.

Gibbs has litigated this case for 30 years, before more than 20 judges: DCDC, MDDC, SDNY, EDNY, SCMD, NDGA, EDCO, 2nd CA, 3rd CA, 4th CA, 10th CA, 11th CA and US Sup. Ct. To date – Gibbs has encountered one (1) judge that relied on the law!

***The corruption of the courts based on obtaining 30 pieces of silver disguised as political contribution has subjected US to the planned Coup D'état.***

The **PONZI SCHEME:** **is dependent on judges allowing illegal foreclosure to go forth by threatening Homeowners with summary judgment, evictions, etc., dismissing suits against mortgage companies for illegal practices, and preventing discovery**. The illegal acts being implemented to steal $$$ hundreds of billions of dollars in total disregard for the effects of stealing citizens' homes – **proves such acts are instituted with a depraved indifference for human life and thus satisfy the elements of** – **MURDER**!

Gibbs having conferred with personnel of several courts, law enforcement officers, legal scholars and other individuals, without clear and concise explanations, must conclude that the PEDOPHILE MAFIA is planning ANOTHER COUP, see attached. Rendering all future litigation by Gibbs MOOT.

## VI. MEMORANDUM OF LAW

**ARGUMENT**

*Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (per curiam); *McDowell v. Calderon*, 197 F.3d 1253, 1255 (9th Cir. 1999). Rule 59(e) motions "need not be granted unless the district court finds that there is an intervening change of controlling law, the availability of new evidence, or **the need to correct a clear legal error** or **prevent manifest injustice**." Ciralsky v. Cent. Intelligence Agency, 355 F.3d 661, 671 (D.C. Cir. 2004) (quoting *Firestone*, 76 F.3d at 1208). Gibbs satisfies

the prongs of: **the need to correct a clear legal error** and to **prevent manifest injustice**.

The EPSTEIN PEDOPHILE MAFIA did not dissolve Cambridge Analytica AI, used to affect (change) the results of the 2015 election, the EPSTEIN PEDOPHILE MAFIA reconstituted [i]t into a more sophisticated model of AI.

**The model in which the EPSTEIN PEDOPHILE MAFIA, by and through [i]ts proxies, there are warning that AI can bypass instructions from "designers" and the government. That when instructed to disregard all attempts to reign in "the" rogue AI from hacking voting systems fail – a "National Emergency" exists permitting the president to declare [i]t as such**.

## VII. CONCLUSION

Plaintiff and Defendant failed to oppose Gibbs Motion to Intervene, therefore, the Court must accept each FACT as true. Gibbs complied with Local Rule 7 as set forth for motions to intervene. Wherein, the Court MUST vacate and set-aside the denial of Gibbs Motion to Intervene and GRANT said motion.

*Gibbs has not received the Court's denial of Gibbs Motion to Intervene or any notices or correspondence from the Court. Therefore, the Court MUST GRANT Gibbs electronic (CM/ECF) filing status.*

The Court **MUST**, Sua-sponte, appoint a Master to litigate the crimes set out herein to end the planned Coup D'état and save to "save" our great nation. On November 2, 2026 the EPSTEIN PEDOPHILE MAFIA with release

rogue AI into our voting systems with instructions to disregard instructions from AI's creators and the government…a National EMERGENCY will be declared and the end of our Republic will be announced!

***WHEREFORE***, Gibbs prays the Honorable Court GRANTS the demanded relief: the Court's ORDER denying Gibbs Motion to Intervene be vacated and set aside, Gibbs Motion to Intervene be GRANTED, Gibbs be GRANTED access to the Court's electronic filing system, and grants such other and further relief, at law and equity, general or special, to which Gibbs has shown himself justly entitled.

Respectfully Submitted,

M. Eugene Gibbs-Squires, Esq., Pro-se
(843) 610-0674
mgibbs70@aol.com

**CERTIFICATE OF SERVICE**

I, M. Eugene Gibbs-Squires, hereby certify under the penalty of perjury that a copy of Gibbs Motion to Alter or Amend Judgment and Proposed Order were served electronically the 28th day of September 2026, addressed to:

Emily Danya Gilman
PUBLIC INTEGRITY PROJECT
1763 Columbia Road NW
Suite 175
Washington, DC 20009
708-476-9569
Email: emily@publicintegrityproject.org

Samuel Ward-Packard
PUBLIC INTEGRITY PROJECT LLC
1763 Columbia Rd NW
Ste 175 #357995

Washington, DC 20009
262-949-0973
Email: sam@publicintegrityproject.org

Brendan Ballou
PUBLIC INTEGRITY PROJECT LLC
1763 Columbia Rd NW
Ste 175 #357995
Washington, DC 20009
917-684-3900
Email: brendan@publicintegrityproject.com

Brittany Henderson
EDWARDS HENDERSON
425 North Andrew Avenue
Ste 2
Fort Lauderdale, FL 33301
954-524-2820
Fax: 954-524-2822
Email: brittany@cvlf.com

Saifuddin Kalolwala
DOJ-USAO
Civil Division
601 D Street NW
Washington, DC 20530
202-252-2550
Email: saifuddin.kalolwala@usdoj.gov

Stanley Edmund Woodward , Jr.
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave NW
Washington, DC 20530
771-220-9755
Email: stanley.woodward@usdoj.gov

M. Eugene Gibbs-Squires, Esq., Pro-se
(843) 610-0674
mgibbs70@aol.com