**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KATIE PHANG**,<br><br>*Plaintiff*,<br><br>v.<br><br>**TODD BLANCHE**, in his official capacity as Attorney General of the United States,<br><br>*Defendant.* | Case No. 1:26-cv-1417 (EGS) |

**DEFENDANT'S NOTICE OF COMPLIANCE WITH COURT ORDER (DKT. 43)**

Defendant Todd Blanche, in his official capacity as Attorney General of the United States (the "Government" or "Department"), through counsel, respectfully submits this Notice of Compliance with the Order of this Court dated September 18, 2026, and as directed by the Minute Order entered October 2, 2026, requiring Defendant to produce certain documentation to the Court for *in camera* review. Dkt. 43.

Defendant submitted hard copy documents to the Court's Chambers via hand delivery at 10:43am on September 24, 2026.

The documents provided to the Court showed the following:

1) The government's basis for redacting, as victim-identifying information, the names and email addresses appearing at EFTA01187999, EFTA02504630, and EFTA01022356 was the representation of counsel for victims that the names and addresses shown were, in fact, victim-identifying information;

2) Unredacted copies of handwritten notes underlying the referenced typewritten FD-302s, alongside the unredacted versions of the typewritten FD-302s showing that the handwritten

files are duplicative of the typed reports (that are on the Epstein Library), and email exchanges from attorneys in the United States Attorney's Office for the Southern District of New York from 2021 describing collection efforts.

Dated October 5, 2026

Respectfully Submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General

*/s/ Andrew J. Block*
Andrew J. Block
Senior Counsel to the Associate Attorney General
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

*Counsel for the United States of America*