**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATIE PHANG,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE,<br>in his official capacity as Attorney General of the United States,<br><br>Defendant. | Civil Action No. 26-1417 (EGS) |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PLAINTIFF'S**
**DEADLINE TO RESPOND TO DEFENDANT'S RULE 12(C) MOTION**

Plaintiff respectfully moves this Court for an extension of her deadline to respond to Defendant's Rule 12(c) motion for judgment on the pleadings (ECF 52). Pursuant to LCvR 7(m), Plaintiff's counsel conferred with Defendant's counsel, who stated that Defendant does not oppose the relief requested herein. In support of her motion, Plaintiff states as follows:

Plaintiff's current deadline to respond to Defendant's Rule 12(c) motion for judgment on the pleadings (ECF 52) is October 15, 2026. LCvR 7(b). In her Response in Opposition to Defendant's Motion to Postpone (ECF 55), Plaintiff argues she is entitled to a complete administrative record before responding to Defendant's Rule 12(c) motion. If the Court denies Defendant's motion to postpone (ECF 51) and orders Defendant to file the certified list of the contents of the administrative record and produce the administrative record, Plaintiff requests the Court extend her time to respond to Defendant's Rule 12(c) motion until 30 days after Defendant's deadline to produce the complete administrative record.

In the alternative, if the Court grants Defendant's motion to postpone (ECF 51), Plaintiff

requests that the Court extend Plaintiff's deadline to respond to Defendant's Rule 12(c) motion to 14 days after the Court's ruling.

WHEREFORE, Plaintiff hereby respectfully requests that the Court: (1) extend her time to respond to Defendant's Rule 12(c) motion until 30 days after Defendant's deadline to produce the complete administrative record, as set forth in the Court's order denying Defendant's motion to postpone; or, in the alternative (2) extend Plaintiff's deadline to respond to Defendant's Rule 12(c) motion to 14 days after the Court grants Defendant's motion to postpone.

Dated: October 8, 2026

Respectfully submitted,

/s/ *Emily D. Gilman*

**Public Integrity Project**
Brendan Ballou
D.C. Bar No. 241592
Emily D. Gilman
D.C. Bar No. 1740641
Samuel T. Ward-Packard
D.C. Bar No. 90005484
ballou@publicintegrityproject.org
emily@publicintegrityproject.org
sam@publicintegrityproject.org
(240) 473-3259

*Attorneys for Plaintiff Katie Phang*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATIE PHANG,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE,<br>in his official capacity as Attorney General of the United States,<br><br>Defendant. | Civil Action No. 26-1417 (EGS) |

**[PROPOSED] ORDER**

In view of Plaintiff's Unopposed Motion to Extend Plaintiff's Deadline to Respond to Defendant's Rule 12(c) Motion, it is hereby

**ORDERED** that Plaintiff's deadline to respond to Defendant's Rule 12(c) motion for judgment on the pleadings (ECF 52) is extended to 30 days after Defendant's deadline to produce the complete administrative record, as set forth in the Court's order denying Defendant's Motion to Postpone (ECF 55).

**SO ORDERED**

**Signed:** **Emmet G. Sullivan**
**United States District Judge**
**October __, 2026**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATIE PHANG,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE,<br>in his official capacity as Acting Attorney General of the United States,<br><br>Defendant. | Civil Action No. 26-1417 (EGS) |

**[PROPOSED] ORDER**

In view of Plaintiff's Unopposed Motion to Extend Plaintiff's Deadline to Respond to Defendant's Rule 12(c) Motion, it is hereby

**ORDERED** that Plaintiff's deadline to respond to Defendant's Rule 12(c) motion for judgment on the pleadings (ECF 52) is extended to 14 days after the Court's order granting Defendant's Motion to Postpone (ECF 55).

**SO ORDERED**

**Signed: Emmet G. Sullivan**
**United States District Judge**
**August __, 2026**

**CERTIFICATE OF COMPLIANCE**

Pursuant to LCvR 7(m), the undersigned counsel hereby certifies that on October 8, 2026, she conferred in good faith with Defendant's counsel about the relief requested herein, and counsel stated Defendant does not oppose

/s/ *Emily D. Gilman*
Emily D. Gilman

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on October 8, 2026, she filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Emily D. Gilman*
Emily D. Gilman