**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATIE PHANG,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,<br><br>Defendant. | Civil Action No. 26-1417 (EGS) |

**ORDER**

The Court has reviewed the documents Defendant submitted for the Court's *in camera* review on September 24, 2026 in response to the Court's September 16, 2026 Memorandum Opinion and Order, ECF No. 43.

The Court finds that Defendant has provided adequate documentation to support his representation that names of victims were redacted in the following documents: (1) EFTA01187999: the first and last name that was redacted twice; (2) EFTA02504630: the first and last name that was redacted and that appears before a complete email address that was also redacted; and (3) EFTA01022356: the first and last name that was redacted and that appears before a complete email address that was also redacted. Accordingly, the June 25, 2026 Order to Show

Cause as to the above-described redactions in EFTA01187999, EFTA02504630, and EFTA01022356 will be **DISCHARGED.**

Defendant has not provided the underlying handwritten FBI notes that formed the basis for the FD-302 interview report bearing Bates number EFTA02858495 but has provided adequate documentation explaining why he has not done so. Accordingly, the June 25, 2026 Order to Show Cause as to the underlying handwritten FBI notes that formed the basis for the FD-302 interview report bearing Bates number EFTA02858495 will be **DISCHARGED.**

Defendant has provided unredacted versions of the underlying handwritten FBI interview notes that formed the basis for the FD-302 interview reports bearing Bates numbers EFTA01245620, EFTA02858481, and EFTA02858491. Defendant has not provided redacted versions of the documents. Defendant has, however, provided redacted and unredacted versions of the FD-302 interview reports.

In its September 16, 2026 Memorandum Opinion and Order, the Court directed Defendant to "submit to the Court for its *in camera* review the underlying FBI interview notes that formed the basis for the FD-302 interview reports bearing Bates numbers EFTA01245620, EFTA02858481, EFTA02858491 . . . in both redacted and unredacted versions." Mem. Op. & Order, ECF No. 43 at 19. The Court requested redacted versions of the documents because

Defendant has represented that "handwritten nature [of the notes] further complicates the redaction process and increases the risk of inadvertent disclosure of victim PII-including because of technical limitations on the Department's ability to run meaningful quality control checks for victim PII across handwritten materials." *See* Def.'s Resp. to Order to Show Cause, ECF No. 19 at 14. However, Plaintiff has notified the Court of "nearly 100" examples of redacted handwritten interview notes that Defendant has produced. *See* Notice to the Court, ECF No. 33. Accordingly, the Court sought to review redacted versions of the interview notes. The Court previously rejected Defendant's explanation that it did not produce these underlying interview notes because they are "substantially similar to" and therefore duplicative of the typewritten reports. Mem. Op. & Order, ECF No. 43 at 12. In the event that Defendant misunderstood the Court's request, the Court will order Defendant to provide redacted versions of the interview notes a second time.

For the reasons stated above, it is **HEREBY**

**ORDERED** that the June 25, 2026 Order to Show Cause as to the redactions described above in (1) EFTA01187999, (2) EFTA02504630, and (3) EFTA01022356 is **HEREBY DISCHARGED;** and it is further

**ORDERED** that the June 25, 2026 Order to Show Cause as to the underlying handwritten FBI notes that formed the basis for

the FD-302 interview report bearing Bates number EFTA02858495 is **HEREBY DISCHARGED**; and it further

**ORDERED** that Defendant shall submit to the Court for its *in camera* review the underlying FBI interview notes that formed the basis for the FD-302 interview reports bearing Bates numbers EFTA01245620, EFTA02858481, and EFTA02858491 in redacted versions as required by the Epstein Files Transparency Act by no later than 12:00 pm on October 16, 2026.

**SO ORDERED.**

**Signed: Emmet G. Sullivan**
**United States District Judge**
**October 9, 2026**