**Block, Andrew (OASG)**

**From:** Emily Gilman <emily@publicintegrityproject.org>
**Sent:** Thursday, October 8, 2026 11:41 AM
**To:** Block, Andrew (OASG)
**Cc:** Sam Ward-Packard; Brendan Ballou
**Subject:** Re: [EXTERNAL] LCvR 7(m) request for consent for extension of time to respond to Rule 12(c) motion

Hi Andrew,

Thanks for your response. We have no issue giving Defendant 14 days for his reply on the Rule 12(c) motion.

As to our rationale for a 30-day extension in the event the Court denies Defendant's motion to postpone, we don't believe it's appropriate to litigate the scope and adequacy of the administrative record via email. We plan on asking the Court for a 30-day extension. Please confirm your consent, or else let us know what alternative extension would be acceptable to Defendant so we may inform the Court.

Thanks,
Emily

On Thu, Oct 8, 2026 at 10:55 AM Block, Andrew (OASG) <Andrew.Block@usdoj.gov> wrote:

> Thanks for your email, Emily.
>
> Happy to consent to a motion for an extension of time if you need it. But the way you've presented it leads me to ask, what do you expect will be in an Admin Record that would require such a substantive increase in the response period? As stated in our motion; anything that could go in an AR is already publicly disclosed and posted to the Epstein Library or the FBI Vault—both of which the Court can take judicial notice of. So, again, happy to consent to the relief you're seeking, but I'd ask what you believe would be in an AR that would so substantively change the issues in the briefing so as to require 30 days.
>
> In any event, we'd ask only that Defendant be given 14 days to file a reply brief on the motion for judgment on the pleadings.
>
> Best,
>
> Andrew

---

**From:** Emily Gilman <emily@publicintegrityproject.org>
**Sent:** Thursday, 08 October 2026 10:01:46
**To:** Block, Andrew (OASG) <Andrew.Block@usdoj.gov>
**Cc:** Sam Ward-Packard <sam@publicintegrityproject.org>; Brendan Ballou <brendan@publicintegrityproject.org>
**Subject:** [EXTERNAL] LCvR 7(m) request for consent for extension of time to respond to Rule 12(c) motion

Good morning Andrew,

Along with our opposition to Defendant's motion to postpone, we are planning on asking the Court to extend our time to respond to Defendant's Rule 12(c) motion for judgment on the pleadings. Please let us know if you will consent to the following: if the Court denies Defendant's motion to postpone, an extension to 30 days after Defendant's production of the complete administrative record; or, in the alternative if the Court grants Defendant's motion to postpone, an extension to 14 days after the Court's ruling.

If you do not consent to the requested relief, please let us know if there is any alternative extension you will agree to.

Thanks,

Emily

--

Emily Gilman

Public Integrity Project

emily@publicintegrityproject.org

708-476-9569

--

Emily Gilman
Public Integrity Project
emily@publicintegrityproject.org
708-476-9569