IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATIE PHANG,

Plaintiff,

v.

TODD BLANCHE, in his official capacity as Attorney General of the United States,

Defendant.

Case No. 1:26-cv-1417 (EGS)

## NOTICE OF PROPOSED ORDER

As described in the parties' just-filed Joint Notice relating to recommendations for further proceedings, ECF No. 62, Plaintiff respectfully submits the attached proposed order for the Court's consideration.

Dated: November 2, 2026

/s/ _*Samuel T. Ward-Packard*_____

**Public Integrity Project**
Brendan Ballou
D.C. Bar No. 241592
Emily D. Gilman
D.C. Bar No. 1740641
Samuel T. Ward-Packard
D.C. Bar No. 90005484
ballou@publicintegrityproject.org
emily@publicintegrityproject.org
sam@publicintegrityproject.org
(240) 473-3259

*Attorneys for Plaintiff Katie Phang*