**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATIE PHANG,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE,<br>in his official capacity as Attorney General of the United States,<br><br>Defendant. | Civil Action No. 26-1417 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of the parties' November 2, 2026 Joint Notice, ECF No. 62; the order of the United States Court of Appeals for the District of Columbia Circuit denying Defendant's motion for a stay pending appeal, *Phang v. Blanche*, Nos. 26-5299, 26-5334 (D.C. Cir. Oct. 28, 2026); and the entire record herein, it is hereby

**ORDERED** that Defendant shall complete review of all records that were previously tagged as foreign-language documents, as required by the Epstein Files Transparency Act, Pub. L. No. 119-38, 139 Stat. 656 (2025) (the "Act"), this Court's June 25, 2026 Order (ECF No. 15), and this Court's September 16, 2026 Order (ECF No. 43), by no later than November 27, 2026.

It is further **ORDERED** that Defendant shall produce foreign-language records that Defendant determines are subject to

production under the Act on a rolling basis as review proceeds and such records are identified.

It is further **ORDERED** that by no later than November 6, 2026, Defendant Todd Blanche, or a representative of the Department of Justice (the "Department") with personal knowledge of the facts, shall submit a written declaration under penalty of perjury setting forth:

a) how many records were previously tagged as foreign-language documents, and whether those records constitute the entire universe of foreign-language records currently under review;

b) the date on which the Department's review of those records began, and how far that review has progressed;

c) how many Department personnel are working on the review, and how many hours per week those personnel are committing to the review; and

d) how the Department is ensuring accurate first-level review, given that the records are in foreign languages.

It is further **ORDERED** that beginning on November 6, 2026, and on each Friday thereafter until the review is complete, Defendant shall file a status report stating:

i) the number of records reviewed;

ii) the number of records remaining to be reviewed;

iii) the number of records identified as subject to production and produced;

iv) the number of records withheld, in whole or in part, under the withholding criteria enumerated in the Act;

v) the number of records withheld, in whole or in part, on any basis not enumerated in the Act; and

vi) the number of records determined not to be subject to the Act.

It is further **ORDERED** that if at any point Defendant determines that the Department will be unable to complete its review by November 27, 2026, Defendant shall immediately notify the Court and Plaintiff's counsel. Such notice shall describe in detail the reasons for the delay and identify the steps Defendant intends to take to mitigate it.

**SO ORDERED.**

Signed: Emmet G. Sullivan<br>United States District Judge<br>November __, 2026