**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATIE PHANG,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,<br><br>Defendant. | Civil Action No. 26-1417 (EGS) |

## ORDER

The Court has reviewed the documents Defendant submitted for the Court's *in camera* review on October 16, 2026 in response to the Court's October 9, 2026 Order, ECF No. 57. In that Order, the Court ordered Defendant to produce to the Court for its *in camera* review the underlying FBI interview notes that formed the basis for the FD-302 interview reports bearing Bates numbers EFTA01245620, EFTA02858481, and EFTA02858491 in redacted versions as required by the Epstein Files Transparency Act ("EFTA").

Defendant states that "the Government has reviewed and redacted the handwritten notes, consistent with the Department [of Justice's ("Department")] January 4, 2026, Attorney Review Protocol for Epstein Files." Def.'s Notice of Compliance with Court Order, ECF No. 59 at 2. Defendant states that the redacted

documents "should not be taken as a representative sample of what could be done, or what would happen, if the Department were required to redact and produce handwritten notes on a larger scale. The existence of some hand-written notes on the public library does not mean that *all handwritten* notes were similarly processed, reviewed, and prepared for publication to the library." *Id.* (emphasis in original). Defendant further requests that if the Court issues an order requiring the Department to publish the notes, it stay the order to allow the government time to consider seeking appellate review. *Id.*

The Court will not stay its order but rather will establish a deadline that gives Defendant adequate time—fourteen days—to appeal and request a stay of the order from the U.S. Court of Appeals for the District of Columbia Circuit ("D.C. Circuit"). Since Defendant states that the handwritten notes have been redacted pursuant to the Attorney Review Protocol for Epstein Files, the Court will **ORDER** Defendant to publish the redacted documents in the Epstein Library.

For the reasons stated above, it is **HEREBY**

**ORDERED** that Defendant shall publish in the Epstein Library the underlying FBI interview notes that formed the basis for the FD-302 interview reports bearing Bates numbers EFTA01245620, EFTA02858481, and EFTA02858491 redacted as required by the EFTA and consistent with the Department's January 4, 2026 Attorney

Review Protocol for Epstein Files by no later than fourteen days from the date of this Order, and it is further

**ORDERED** that Defendant shall file a Notice of Compliance on the docket in the case within twenty-four (24) hours of publication; and it is further

**ORDERED** that if Defendant moves for a stay of this Order and expedited review from the D.C. Circuit prior to the expiration of the fourteen-day period, the Order is **TEMPORARILY STAYED** pending the D.C. Circuit's resolution of any such motion.

**SO ORDERED.**

**Signed: Emmet G. Sullivan**
**United States District Judge**
**November 9, 2026**