**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KATIE PHANG,

Plaintiff,

v.

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Defendant.

Case No. 1:26-cv-1417 (EGS)

**DEFENDANT'S CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Pursuant to Local Civil Rule 7(n) and this Court's Memorandum Opinion and Order of November 9, 2026, Dkt. No. 65, Defendant hereby submits the certified list of the contents of the Administrative Record. Additionally, counsel for the parties completed the meet-and-confer required by the Court's Order on Monday, November 16, 2026.

Dated: November 17, 2026

STANLEY E. WOODWARD, JR.
Associate Attorney General

*/s/ Andrew J. Block*
Andrew J. Block
*Senior Counsel to the Associate Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

*/s/ Andrew J. Block*
Andrew Block