# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATIE PHANG,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,<br><br>Defendant. | Civil Action No. 26-1417 (EGS) |

## DECLARATION OF SHANTRELL NICOLE COLLIER

I, Shantrell Nicole Collier, declare as follows:

1. I am currently employed as the Department of Justice, Chief Information Officer, in the Department of Justice, Justice Management Division. I have served in this capacity since February 17, 2026. The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

2. The Office of the Chief Information Officer is the unit within the Department that operates and maintains document review platforms, including Everlaw, the document review platform relevant to the review done to comply with the Epstein Files Transparency Act (EFTA).

3. OCIO took in data and files from several DOJ components, as described in documents contained within the Administrative Record, and provided a platform for Department personnel to review documents for responsiveness and redact responsive records in accordance with the Attorney Review Protocol, Dkt No. 50-1. Once documents completed all levels of review, to include second level review, quality control, and any necessary additional

consultations with United States Attorney Office(s), and were appropriately tagged as responsive, OCIO facilitated the final production in the review platform and published redacted documents to the Department's public-facing Epstein Files Library.

4. The materials listed in the attached Certified List were compiled based on consultations with personnel at the Department knowledgeable about the production of files to the EFTA Library and the Department's notice that its production requirements were complete upon its final production. Hundreds of people were involved in the search, review, redaction, and release of documents pursuant to the EFTA. Given that, it is possible that the attached Certified List does not contain all statutes, regulations, court orders, or case law that each individual considered in making document-by-document or redaction-by-redaction decisions relating to the Department's production of millions of pages of files in its EFTA disclosures. This Certified List does contain, however, the framework by which the Department approached its disclosure obligations under the EFTA.

To the best of my knowledge and belief, I hereby certify that the attached Certified List of the Contents of the Administrative Record contain the records upon which the Department of Justice relied in making the determination that it satisfied its obligations under the EFTA.

SHANTRELL COLLIER

Digitally signed by SHANTRELL COLLIER
Date: 2026.11.17 14:28:22 -05'00'

Shantrell N. Collier
Deputy Assistant Attorney General
Chief Information Officer