| Entry | Document Name | Document Description | Date |
|---|---|---|---|
| 1 | 5 U.S.C. § 552a | Privacy Act of 1974. | -- |
| 2 | 18 U.S.C. § 2252–2252A | Certain activities relating to material involving the sexual exploitation of minors. | -- |
| 3 | 18 U.S.C. § 2256 | Definitions for federal laws regarding the sexual exploitation of children. | -- |
| 4 | Pub. L. No. 119-38 | Epstein Files Transparency Act. | -- |
| 5 | Letter from Todd Blanche, Deputy U.S. Att'y Gen., to Members of Congress | Notification to Congress that the DOJ was producing hundreds of thousands of pages in response to the EFTA. | December 19, 2025 |
| 6 | Memorandum re: Attorney Review Protocol for Epstein Files | Memorandum memorializing the protocol for conducting a responsiveness review of the Epstein files and assisting in providing guidance on redactions for victim identifying information and other protected categories of information. | January 4, 2026 |
| 7 | Docket Letter to Court | Letter update from United States Attorney for Southern District of New York to Judge Engelmayer regarding procedures taken to comply with the EFTA and the Court's orders. | January 5, 2026 |
| 8 | How to Self-Assign Unreviewed Documents | Two-page document providing instructions to first level reviewers on how to assign batches of documents to themselves from the universe of unreviewed documents. | January 8, 2026 |
| 9 | Introduction to Redactions | Two-page document providing redaction instructions to first level reviewers, including how to navigate the redaction tools in Everlaw, to batch redact, to remove or alter redactions. | January 8, 2026 |
| 10 | Epstein Files Transparency Act – Production of Department Materials | Letter from Attorney General Pam Bondi and Deputy Attorney General Todd Blanche marking the Department of Justice's compliance with its production obligations under the EFTA. | January 30, 2026 |
| 11 | Letter from Todd Blanche, Deputy U.S. Att'y Gen. to Chairman Chuck Grassley, Ranking Member Dick Durbin, Chairman Jim Jordan, Ranking Member Jamie Raskin | Report to Congress fulfilling the DOJ's obligations under Section 3 of the EFTA. | February 14, 2026 |
| 12 | 91 Fed. Reg. 55356 | Report Under Public Law 119–38; Federal Register Notice. | August 27, 2026 |

| | | | |
|---|---|---|---|
| 13 | Records regarding the review of the Investigative Holdings related to Jeffrey Epstein, FBI Vault, Part 01 at 26–49 | Epstein Transparency Project IMD Processing Guidance. | -- |
| 14 | Records regarding the review of the Investigative Holdings related to Jeffrey Epstein, FBI Vault, Part 02 at 8 | Standard Vaughn Index Coding Explanation - Applied List re: Epstein. | -- |
| 15 | Records regarding the review of the Investigative Holdings related to Jeffrey Epstein, FBI Vault, Part 02 at 11–12 | FBI memo explaining how it provided DOJ with 240 serials (851 pages) of documents obtained in its investigation of Jeffrey Epstein and Ghislaine Maxwell. | -- |
| 16 | Records regarding the review of the Investigative Holdings related to Jeffrey Epstein, FBI Vault, Part 03 at 69 | Epstein Redactions Final Page Count. | March 25, 2025 |
| 17 | Records regarding the review of the Investigative Holdings related to Jeffrey Epstein, FBI Vault, Part 04 at 35–65 | Case 50D_31E file inventory. | March 25, 2025 |
| 18 | Records regarding the review of the Investigative Holdings related to Jeffrey Epstein, FBI Vault, Part 04 at 66–69 | FLAGGED Item List, per case - per DOJ Guidance (31E-MM0108062). | March 25, 2025 |
| 19 | Records regarding the review of the Investigative Holdings related to Jeffrey Epstein, FBI Vault, Part 04 at 70–73 | FLAGGED Item List, per case - per DOJ Guidance (50D-NY-3027571). | March 25, 2025 |
| 20 | Protective Order (*U.S. v. Epstein*) | Protective Order entered in *United States v. Epstein*, No. 19 Cr. 490 (RMB), Dkt. 38 (S.D.N.Y.). | July 25, 2019 |
| 21 | Protective Order (*U.S. v. Maxwell*) | Protective Order entered in *United States v. Maxwell*, No. 20 Cr. 330 (PAE), Dkt. 36 (S.D.N.Y.). | July 30, 2020 |